Margaret C. Bell (SBN: 156879)
mbell@lbbklaw.com
Danté R. Taylor (SBN: 303391)
dtaylor@lbbklaw.com
LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190
San Francisco, CA 94104
Telephone: (628) 222-5870
Facsimile: (628) 222-5872

Attorneys for Defendant
TANIUM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HOWARD,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>TANIUM INC.,<br><br>　　　　Defendant(s). | Case No. 3:21-cv-09703<br><br>**DECLARATION OF DANTÉ R. TAYLOR IN SUPPORT OF DEFENDANT TANIUM INC.'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>State Action Filed: November 15, 2021 |

I, Danté R. Taylor, declare as follows:

1. I am an attorney duly licensed to practice law before the courts of the State of California and am an associate in the law firm of Lagasse Branch Bell + Kinkead LLP, counsel of record for Defendant Tanium Inc. (Tanium) in this action. Except as to those matters which are made on information and belief, I have personal knowledge of the facts set forth below and if called as a witness, I could and would competently testify thereto under oath.

2. Tanium received service of process of the Complaint on November 16, 2021. Attached hereto as Exhibit A is a true and correct copy of Plaintiff Daniel Howard's (Plaintiff) Complaint which Plaintiff filed on November 15, 2021 in San Mateo County Superior Court.

3.	On December 6, 2021, Tanium received service of process of the Complaint with the state court's associated notice of assignment documentation. Attached hereto as Exhibit B is a true and correct copy of the Complaint with the state court's associated notice of assignment documentation

4.	Attached hereto as Exhibit C is a true and correct copy of the June 12, 2007 State of Delaware Designation of Foreign Corporation.

5.	Attached hereto as Exhibit D is a true and correct copy of the June 30, 2021 California Secretary of State Corporation Statement of Information.

6.	Since December 2020, Tanium's headquarters and principal place of business has been located in Kirkland, Washington.

7.	Attached hereto as Exhibit E are true and correct copies of all state court filings to date on the San Mateo County Superior Court's docket.

8.	Tanium will file a Notice to Adverse Party and state court of this Notice of Removal. Attached hereto as Exhibit F is a true and correct copy of the Notice to Adverse Party and Court of Notice of Removal that will be filed with the state court following filing of the Notice of Removal in federal court.

I declare under the penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on December 15, 2021, in San Francisco, California.

_____
Danté R. Taylor