# Exhibit A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically
**FILED**
by Superior Court of California, County of San Mateo
ON 11/15/2021
By **/s/ Anthony Berini**
Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Tanium Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Daniel Howard

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Mateo<br>400 County Center, Redwood City CA 94063 | CASE NUMBER: *(Número del Caso):*<br>21-CIV-06146 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Howard, 464 Clinton St. Apt. 305, Redwood City, CA 94062 650-542-1395

| | | | | | |
|---|---|---|---|---|---|
| DATE:<br>*(Fecha)* | November 12, 2021 | Neal I. Taniguchi | Clerk, by<br>*(Secretario)* | /s/ Anthony Berini | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Tanium Inc.

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**   | Print this form |   | Save this form |   | Clear this form |

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
**Daniel Howard SBN 256733**
**464 Clinton St. Apt. 305**
**Redwood City, CA 94062**

TELEPHONE NO: 650-542-1395     FAX NO. (Optional):
E-MAIL ADDRESS (Optional): danielhoward@berkeley.edu
ATTORNEY FOR (Name): Daniel Howard

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Superior Court of California, County of San Mateo

**FOR COURT USE ONLY**

Electronically
**FILED**
by Superior Court of California, County of San Mateo
ON    **11/15/2021**
By    **/s/ Anthony Berini**
Deputy Clerk

PLAINTIFF: Daniel Howard
DEFENDANT: Tanium Inc.
☐ DOES 1   TO _____

**CONTRACT**
☒ COMPLAINT          ☐ AMENDED COMPLAINT (Number):

☐ CROSS-COMPLAINT    ☐ AMENDED CROSS-COMPLAINT (Number):

**Jurisdiction (check all that apply):**
☐ **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded ☐ does not exceed $10,000
             ☐ exceeds $10,000 but does not exceed $25,000
☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint**
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:

**21-CIV-06146**

1. **Plaintiff*** (name or names):
   Daniel Howard

   alleges causes of action against **defendant*** (name or names):
   Tanium Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages:  4 – PLD-C-001, PLD-C-001(3)

3. a. Each plaintiff named above is a competent adult
   ☐ except plaintiff (name):
     (1) ☐ a corporation qualified to do business in California
     (2) ☐ an unincorporated entity (describe):
     (3) ☐ other (specify):
   b. ☐ Plaintiff (name):
     a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

     b. ☐ has complied with all licensing requirements as a licensed (specify):
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   ☒ except defendant (name): Tanium Inc                    ☐ except defendant (name):
     (1) ☐ a business organization, form unknown            (1) ☐ a business organization, form unknown
     (2) ☒ a corporation                                    (2) ☐ a corporation
     (3) ☐ an unincorporated entity (describe):             (3) ☐ an unincorporated entity (describe):

     (4) ☐ a public entity (describe):                      (4) ☐ a public entity (describe):

     (5) ☐ other (specify):                                 (5) ☐ other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE:  Daniel Howard v Tanium Inc | CASE NUMBER: 21-CIV-06146 |
|---|---|

4.  *(Continued)*
　　b.  The true names of defendants sued as Does are unknown to plaintiff.
　　　　(1) ☐  Doe defendants *(specify Doe numbers):* _____  were the agents or employees of the named
　　　　　　　　defendants and acted within the scope of that agency or employment.
　　　　(2) ☐  Doe defendants *(specify Doe numbers):* _____  are persons whose capacities are unknown to
　　　　　　　　plaintiff.
　　c. ☐  Information about additional defendants who are not natural persons is contained in Attachment 4c.
　　d. ☐  Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐   Plaintiff is required to comply with a claims statute, **and**
　　a. ☐   has complied with applicable claims statutes, *or*
　　b. ☐   is excused from complying because *(specify):*

6. ☐   This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7.  This court is the proper court because
　　a. ☐   a defendant entered into the contract here.
　　b. ☐   a defendant lived here when the contract was entered into.
　　c. ☐   a defendant lives here now.
　　d. ☐   the contract was to be performed here.
　　e. ☐   a defendant is a corporation or unincorporated association and its principal place of business is here.
　　f. ☐   real property that is the subject of this action is located here.
　　g. ☒   other *(specify):*
　　　　　　Defendant offered employment by phone call to and letter addressed to Plaintiff at his Redwood City address.

8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
　　☐　Breach of Contract
　　☐　Common Counts
　　☒　Other *(specify):*
　　　　Fraud

9. ☐   Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
　　a. ☒   damages of: $ 1,000,000
　　b. ☒   interest on the damages
　　　　(1) ☐   according to proof
　　　　(2) ☐   at the rate of *(specify):*　　　　percent per year from *(date):*
　　c. ☐   attorney's fees
　　　　(1) ☐   of: $
　　　　(2) ☐   according to proof.
　　d. ☐   other *(specify):*

11. ☐   The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date:  November 12, 2021

Daniel Howard

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Page 2 of 2 |
|---|---|---|

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**　　[ Print this form ]　[ Save this form ]　　[ Clear this form ]

```
To keep other people from seeing what you entered on your form, please press the Clear This Form button
                          at the end of the form when finished.
```

PLD-C-001(3)

| SHORT TITLE: Daniel Howard v. Tanium Inc. | CASE NUMBER: 21-CIV-06146 |
|---|---|

**1** _____
(number)

# CAUSE OF ACTION—Fraud

ATTACHMENT TO ☑ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff *(name)*:  Daniel Howard

alleges that defendant *(name)*:  Tanium Inc.

on or about *(date)*: 03/31/2016                     defrauded plaintiff as follows:

FR-2. ☑   **Intentional or Negligent Misrepresentation**
   a. Defendant made representations of material fact   ☐ as stated in Attachment FR-2.a   ☑ as follows:
   On 03/31/2016, Plaintiff had an employment interview with Tanium founder Mr. David Hindawi who
   asked Plaintiff to tell him the terms of his compensation with his current employer, including salary,
   bonus, and stock incentives. That evening, Plaintiff received a telephone call from hiring manager Mr.
   James Evans offering employment. The offer misrepresented the value of Tanium stock. Mr. Evans said
   the value of Tanium shares on that day was $5/share. He said the stock incentive component of the
   offer was "30,000 shares times $5/share equals a current value of $150,000." Tanium intentionally
   misrepresented the value of its shares so the offer would appear to be better compensation than it was
   and better than the figures about his current compensation that Plaintiff had provided to Mr. Hindawi.

   b. These representations were in fact false. The truth was   ☐ as stated in Attachment FR-2.b   ☑ as follows:
   Tanium is a private company. In November 2018, Tanium placed employee shares in an account
   administered by a third-party—Solium. On November 15, 2019, Plaintiff discovered the false
   representation made in the employment offer when Solium issued an account statement which
   indicated that at the time the stock was granted, Tanium shares had a 409(a) value of $2.01 per share.
   On 03/14/2019, Plaintiff reported details about his discovery of the fraud to his manager. He was
   transferred to another organization. On 07/06/2020, when he resigned, Plaintiff also reported the fraud
   related to his original employment offer to the manager to whom he tendered his resignation.
   c. When defendant made the representations,
      ☑ defendant knew they were false, **or**
      ☐ defendant had no reasonable ground for believing the representations were true.

   d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
      in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed
      they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. ☐   **Concealment**
   a. Defendant concealed or suppressed material facts   ☐ as stated in Attachment FR-3.a   ☐ as follows:



   b. Defendant concealed or suppressed material facts
      ☐ defendant was bound to disclose.
      ☐ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
         or suppressed facts.
   c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
      as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
      facts and would not have taken the action if plaintiff had known the facts.
                                                                                        Page _____

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-001(3)

| SHORT TITLE:<br>Daniel Howard v. Tanium Inc. | CASE NUMBER:<br>21-CIV-06146 |
|---|---|

1 _____     **CAUSE OF ACTION—Fraud**
(number)

FR-4. ☐   **Promise Without Intent to Perform**
    a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated
    in Attachment FR-4.a ☐ as follows:

    b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
    plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
    defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
    ☑ as follows:
Plaintiff accepted the offer of employment with Tanium and resigned his position at Fortinet in
Sunnyvale.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in
    Attachment FR-6 ☑ as follows:
Plaintiff resigned employment with Fortinet, forfeiting 2,675 unvested shares, plus annual stock incentive
renewals, annual salary increases, and participation in a profitable Employee Stock Purchase Program. The
difference in what Plaintiff earned at Tanium from 2016 to 2020 and what he would have earned at Fortinet,
where his performance was periodically reviewed and determined to merit two promotions, is significant.
Plaintiff earned at least one million dolllars less at Tanium.

FIR - 7.  Other:

Page _____

| For your protection and privacy, please press the Clear This Form<br>button after you have printed the form. | **Save This Form** | **Print This Form** | **Clear This Form** |
|---|---|---|---|

# Exhibit B

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Tanium Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Daniel Howard

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

Electronically
**FILED**
by Superior Court of California, County of San Mateo
ON  11/15/2021
By  **/s/ Anthony Berini**
**Deputy Clerk**

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

   *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of Caiifornia, County of San Mateo
400 County Center, Redwood City CA 94063

CASE NUMBER: *(Número del Caso):*
21-CIV-06146

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Howard, 464 Clinton St. Apt. 305, Redwood City, CA 94062 650-542-1395

DATE:   November 12, 2021        Neal I. Taniguchi        Clerk, by        /s/ Anthony Berini        , Deputy
*(Fecha)*                                                                     *(Secretario)*                                         *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Tanium Inc.

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

Print this form    Save this form    Clear this form

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

**Daniel Howard SBN 256733**
464 Clinton St. Apt. 305
Redwood City, CA 94062

TELEPHONE NO: 650-542-1395     FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* danielhoward@berkeley.edu
ATTORNEY FOR *(Name):* Daniel Howard

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Superior Court of California, County of San Mateo

*FOR COURT USE ONLY*

**Electronically
FILED**
by Superior Court of California, County of San Mateo
ON     **11/15/2021**
By     **/s/ Anthony Berini**
             **Deputy Clerk**

PLAINTIFF: Daniel Howard

DEFENDANT: Tanium Inc.

☐ DOES 1  TO _____

**CONTRACT**

☒ **COMPLAINT**              ☐ **AMENDED COMPLAINT** *(Number):*

☐ **CROSS-COMPLAINT**     ☐ **AMENDED CROSS-COMPLAINT** *(Number):*

**Jurisdiction** *(check all that apply):*

☐ **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded ☐ does not exceed $10,000
                          ☐ exceeds $10,000 but does not exceed $25,000
☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

CASE NUMBER:

21-CIV-06146

1. **Plaintiff*** *(name or names):*
   Daniel Howard

   alleges causes of action against **defendant*** *(name or names):*
   Tanium Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages:  4 - PLD-C-001, PLD-C-001(3)

3. a. Each plaintiff named above is a competent adult
     ☐ except plaintiff *(name):*
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity *(describe):*
        (3) ☐ other *(specify):*
   b. ☐ Plaintiff *(name):*
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
     ☒ except defendant *(name):* Tanium Inc                    ☐ except defendant *(name):*
        (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
        (2) ☒ a corporation                                          (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe):*           (3) ☐ an unincorporated entity *(describe):*

        (4) ☐ a public entity *(describe):*                        (4) ☐ a public entity *(describe):*

        (5) ☐ other *(specify):*                                      (5) ☐ other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

PLD-C-001

| SHORT TITLE:  Daniel Howard v Tanium Inc | CASE NUMBER: 21-CIV-06146 |
|---|---|

4.  *(Continued)*
  b.  The true names of defendants sued as Does are unknown to plaintiff.
    (1) ☐  Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
        defendants and acted within the scope of that agency or employment.
    (2) ☐  Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
        plaintiff.
  c. ☐  Information about additional defendants who are not natural persons is contained in Attachment 4c.
  d. ☐  Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐  Plaintiff is required to comply with a claims statute, **and**
  a. ☐  has complied with applicable claims statutes, *or*
  b. ☐  is excused from complying because *(specify):*

6. ☐  This action is subject to   ☐  Civil Code section 1812.10   ☐  Civil Code section 2984.4.
7.  This court is the proper court because
  a. ☐  a defendant entered into the contract here.
  b. ☐  a defendant lived here when the contract was entered into.
  c. ☐  a defendant lives here now.
  d. ☐  the contract was to be performed here.
  e. ☐  a defendant is a corporation or unincorporated association and its principal place of business is here.
  f. ☐  real property that is the subject of this action is located here.
  g. ☒  other *(specify):*
      Defendant offered employment by phone call to and letter addressed to Plaintiff at his Redwood City address.
8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or
    more causes of action attached):*
    ☐  Breach of Contract
    ☐  Common Counts
    ☒  Other *(specify):*
      Fraud
9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. ☒  damages of: $ 1,000,000
  b. ☒  interest on the damages
    (1) ☐  according to proof
    (2) ☐  at the rate of  *(specify):*        percent per year from *(date):*
  c. ☐  attorney's fees
    (1) ☐  of: $
    (2) ☐  according to proof.
  d. ☐  other *(specify):*

11. ☐  The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date:  November 12, 2021

Daniel Howard
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

For your protection and privacy, please press the Clear
This Form button after you have printed the form.      | Print this form | Save this form |        | Clear this form |

To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form when finished.

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Daniel Howard v. Tanium Inc. | 21-CIV-06146 |

<u>1</u>                                       CAUSE OF ACTION—Fraud
        (number)

ATTACHMENT TO  [✔] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff *(name)*:   Daniel Howard

alleges that defendant *(name)*:   Tanium Inc.

on or about *(date)*  03/31/2016          defrauded plaintiff as follows:

FR-2. [✔]   **Intentional or Negligent Misrepresentation**
    a. Defendant made representations of material fact       [ ] as stated in Attachment FR-2.a   [✔] as follows:
    On 03/31/2016, Plaintiff had an employment interview with Tanium founder Mr. David Hindawi who
    asked Plaintiff to tell him the terms of his compensation with his current employer, including salary,
    bonus, and stock incentives. That evening, Plaintiff received a telephone call from hiring manager Mr.
    James Evans offering employment. The offer misrepresented the value of Tanium stock. Mr. Evans said
    the value of Tanium shares on that day was $5/share. He said the stock incentive component of the
    offer was "30,000 shares times $5/share equals a current value of $150,000." Tanium intentionally
    misrepresented the value of its shares so the offer would appear to be better compensation than it was
    and better than the figures about his current compensation that Plaintiff had provided to Mr. Hindawi.

    b. These representations were in fact false. The truth was      [ ] as stated in Attachment FR-2.b   [✔] as follows:
    Tanium is a private company. In November 2018, Tanium placed employee shares in an account
    administered by a third-party—Solium. On November 15, 2018, Plaintiff discovered the false
    representation made in the employment offer when Solium issued an account statement which
    indicated that at the time the stock was granted, Tanium shares had a 409(a) value of $2.01 per share.
    On 03/14/2019, Plaintiff reported details about his discovery of the fraud to his manager. He was
    transferred to another organization. On 07/06/2020, when he resigned, Plaintiff also reported the fraud
    related to his original employment offer to the manager to whom he tendered his resignation.
    c. When defendant made the representations,
        [✔] defendant knew they were false, **or**
        [ ] defendant had no reasonable ground for believing the representations were true.

    d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
       in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed
       they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [ ]   **Concealment**
    a. Defendant concealed or suppressed material facts       [ ] as stated in Attachment FR-3.a   [ ] as follows:



    b. Defendant concealed or suppressed material facts
        [ ] defendant was bound to disclose.
        [ ] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
            or suppressed facts.
    c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
       as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
       facts and would not have taken the action if plaintiff had known the facts.

                                                                Page _____

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

                    CAUSE OF ACTION—Fraud

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-001(3)

| SHORT TITLE:<br>Daniel Howard v. Tanium Inc. | CASE NUMBER:<br>21-CIV-06146 |
|---|---|

1
_____
(number)

## CAUSE OF ACTION—Fraud

FR-4. ☐ **Promise Without Intent to Perform**
a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated in Attachment FR-4.a ☐ as follows:

b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
☑ as follows:
Plaintiff accepted the offer of employment with Tanium and resigned his position at Fortinet in Sunnyvale.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in
Attachment FR- 6 ☑ as follows:
Plaintiff resigned employment with Fortinet, forfeiting 2,675 unvested shares, plus annual stock incentive renewals, annual salary increases, and participation in a profitable Employee Stock Purchase Program. The difference in what Plaintiff earned at Tanium from 2016 to 2020 and what he would have earned at Fortinet, where his performance was periodically reviewed and determined to merit two promotions, is significant. Plaintiff earned at least one million dolllars less at Tanium.

FIR - 7. Other:

Page
_____

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Save This Form   [ Print This Form ]   [ Clear This Form ]

Print Form



**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**
**MULTI OPTION ADR PROJECT**
HALL OF JUSTICE AND RECORDS
400 COUNTY CENTER
REDWOOD CITY, CALIFORNIA 94063

## ADR Stipulation and Evaluation Instructions

In accordance with ***Local Rule 3.904(b),*** all parties going to ADR must complete a Stipulation and Order to ADR and file it with the Clerk of the Superior Court. In accordance with ***Local Rule 2.1.7,*** all parties, except for self-represented litigants, are **required** to file the Stipulation and Order to ADR **electronically**.

There is no filing fee for filing the stipulation. An incomplete stipulation will be returned to the parties by the Clerk's Office. All stipulations **must** include the following:

- ❑  Signatures for all attorneys (and/or parties in pro per);
- ❑  The name and phone number of the neutral;
- ❑  Date of the ADR session (date must include month, day and year. TBD or tentative responses will not be accepted); and
- ❑  Service List (Counsel need not serve the stipulation on parties).

Parties mutually agree on a neutral and schedule ADR sessions directly with the neutral. If parties would like a copy of the Court's Civil ADR Program Panelist List and information sheets on individual panelists, they may visit the Court's website at www.sanmateocourt.org/adr.

### If Filing the Stipulation Prior to an Initial Case Management Conference

To stipulate to ADR prior to the initial Case Management Conference (CMC), parties must file a completed stipulation at least 12 days before the scheduled Case Management Conference. The clerk will vacate the Case Management Conference, and the general civil action will be referred to the ADR Analyst [***Local Rule 3.805(f)***].

### If Filing Stipulation Following a Case Management Conference or Following an Order to Vacate Case Management Conference and Order to ADR

When parties are referred to ADR at the CMC, or parties receive an Order Vacating Case Management Conference and Order to ADR, they have 21 days from the date of the CMC or Order to file a Stipulation and Order to ADR with the Court [***Local Rule 3.904(b)***].

### Post-ADR Session

Submit post-ADR session evaluations within 10 days of completion of the ADR process. Evaluations are to be filled out by both attorneys and clients. A copy of the Evaluation by Attorneys and Client Evaluation will be mailed by the ADR department as the mediation session date approaches, or can be downloaded from the Court's website [***Local Rule 3.905(c)***].

If not all disputes are resolved through the ADR session, file a Statement of Nonagreement (ADR-CV-11) with the Court to facilitate the setting of a post-ADR Case Management and Trial Setting Conference before the assigned Civil Judge [***Local Rule 3.905(b)***].

### Non-Binding Judicial Arbitration

Names and dates are not needed for stipulations to judicial arbitration. The Judicial Arbitration Administrator will send a list of names to parties once a stipulation has been submitted.

For further information regarding San Mateo Superior Court's Civil ADR and Judicial Arbitration Programs, visit the Court's website at www.sanmateocourt.org/adr or contact the ADR offices at **(650) 261-5075.**

| Attorney or Party without Attorney (Name, Address, Telephone, Fax, State Bar membership number): | Court Use Only |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>Hall of Justice and Records<br>400 County Center<br>Redwood City, CA 94063-1655 (650) 261-5100 | |
| Plaintiff(s): | Case number: |
| Defendant(s): | Current CMC Date: |

## STIPULATION AND ORDER TO APPROPRIATE DISPUTE RESOLUTION

Plaintiff will file this stipulation with the Clerk's Office 10 days prior to or 3 weeks following the first Case Management Conference or Order to ADR unless directed otherwise by the Court and ADR Department [*Local Rule 3.904(b)*]. Please attach a Service List.

The parties hereby stipulate that all claims in this action shall be submitted to (select one):
◎ Voluntary Mediation                    ◎ Binding Arbitration (private)
◎ Neutral Evaluation                     ◎ Settlement Conference (private)
◎ **Non-Binding Judicial Arbitration CCP 1141.12** ◎ Summary Jury Trial  ◎ Other: _____

Case Type: _____

Neutral's name and telephone number: _____ Date of session: _____
(Required for continuance of CMC except for non-binding judicial arbitration)
Identify by name the parties to attend ADR session: _____

_____                    Original Signatures

| Type or print name of ☐ Party without attorney ☐ Attorney for<br>☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant | _____<br>(Signature)<br>Attorney or Party without attorney |
| Type or print name of ☐ Party without attorney ☐ Attorney for<br>☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant | _____<br>(Signature)<br>Attorney or Party without attorney |
| Type or print name of ☐ Party without attorney ☐ Attorney for<br>☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant | _____<br>(Signature)<br>Attorney or Party without attorney |
| Type or print name of ☐ Party without attorney ☐ Attorney for<br>☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant | _____<br>(Signature)<br>Attorney or Party without attorney |

**IT IS SO ORDERED:**

Date:                                    _____
                                         Judicial Officer of the Superior Court of San Mateo County

Form ADR-CV-1 [Rev. July 2021]



**SUPERIOR COURT OF SAN MATEO COUNTY**
Civil Division
400 County Center, 1st Floor, Room A Redwood City, CA 94063
(650) 261-5100
www.sanmateocourt.org

| FOR COURT USE ONLY |
| --- |
| # FILED |
| SAN MATEO COUNTY |
| 11/15/2021 |
| **Clerk of the Superior Court** |
| /s/ Anthony Berini |
| DEPUTY CLERK |

PETITIONER/PLAINTIFF: **DANIEL HOWARD**

RESPONDENT/DEFENDANT: **TANIUM INC.**

| **NOTICE OF ASSIGNMENT FOR ALL PURPOSES (CIVIL) AND NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER: **21-CIV-06146** |
| --- | --- |

By order of the Presiding Judge pursuant to San Mateo County Superior Court Local Rule 3.200(a) the above entitled matter is assigned for all purposes to: **V. Raymond Swope in Department 23.**

### An Initial Case Management Conference is set before the Civil Commissioner, as follows:
### DATE: 3/16/2022
### TIME: 9:00 AM

### LOCATION: 1050 Mission Road, South San Francisco, CA 94080

APPEARANCES SHALL BE REMOTE ONLY. Please visit our website at for information on remote appearances:
https://www.sanmateocourt.org/general_info/remote_appearance.php

**ASSIGNED DEPARTMENT INFORMATION**

To schedule a Law and Motion Hearing, please see Local Rule 3.402, or visit the assigned Judicial Officer's webpage at: www.sanmateocourt.org/civiljudges.

Contact information for your assigned department is as follows:

| Judicial Officer | Department Phone | Department E-mail |
| --- | --- | --- |
| V. Raymond Swope | 650-261-5123 | Dept23@sanmateocourt.org |

CASE MANAGEMENT CONFERENCE INFORMATION

You are hereby given notice of your Initial Case Management Conference. The date, time and department are noted above.

1. In accordance with applicable California Rules of the Court and Local Rules, you are hereby ordered to:
   a) Serve all named defendants and file proofs of service on those defendants with the court within 60-days of filing the complaint (CRC 3.110(b); Local Rule 3.804).
   b) Serve a copy of this Notice, blank form of the Case Management Statement and ADR Information Package on all named parties in this action (Local Rule 3.804(a)). Documents are available online under the CIVIL CMC Packet section at: http://sanmateocourt.org/court_divisions/civil/
   c) File and serve a completed Case Management Statement at least 15 days before the Case Management Conference (CRC 3.725; Local Rule 3.805(c)). Failure to do so may result in monetary sanctions or the continuance of the CMC.
   d) Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later

Rev. November 2020

than 30 days before the date set for the Case Management Conference (Local Rule 3.805(b)).

2. Parties may proceed to an Appropriate Dispute Resolution process ("ADR") by filing a *Stipulation and Order to ADR* (Local Form ADR-CV-1). File and serve the completed *Stipulation and Order to* ADR form at least 12 days prior to the Case Management Conference (Local Rule 3.805(f)). You may find this form and information regarding the Civil ADR Program online at http://sanmateocourt.org/court_divisions/adr/civil/

For additional information, you may visit the Judicial officer's webpage at: www.sanmateocourt.org/civiljudges

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that I am the clerk of this Court, not a party to this cause; that I served a copy of this notice on the below date, ☐ by hand ☐ by electronic service to the parties or their counsel of record at the email addresses set forth below and shown by the records of this Court  or  ☒ by placing a copy thereof in separate sealed envelopes addressed to the address shown by the records of this Court, and by then sealing said envelopes and depositing same, with postage fully pre-paid thereon, in the United States Mail at Redwood City, California.

Date: 11/15/2021

Neal I Taniguchi, Court Executive Officer/Clerk

By:   /s/ Anthony Berini

Anthony Berini, Deputy Clerk

Notice being served on:

DANIEL HOWARD
464 CLINTON ST
APT 305
REDWOOD CITY CA  94062

Rev. November 2020

**APPROPRIATE DISPUTE RESOLUTION INFORMATION SHEET**

**SUPERIOR COURT OF CALIFORNIA, SAN MATEO COUNTY**

In addition to the court provided voluntary and mandatory settlement conferences, this court has established, in partnership with the community and Bar Association, the Multi-Option ADR Project. Recognizing that many civil disputes can be resolved without the time and expense of traditional civil litigation, the San Mateo County Superior Court encourages the parties in civil cases to explore and pursue the use of Appropriate Dispute Resolution

**WHAT IS APPROPRIATE DISPUTE RESOLUTION?**

Appropriate Dispute Resolution (ADR) is the general term applied to a wide variety of dispute resolution processes which are alternatives to lawsuits.   Types of ADR processes include arbitration, mediation, neutral evaluation, mini-trials, settlement conferences, private judging, negotiation, and hybrids of these processes.  All ADR processes offer a partial or complete alternative to traditional court litigation for resolving disputes.

**WHAT ARE THE ADVANTAGES OF USING ADR?**

ADR can have a number of advantages over traditional court litigation.

- **ADR can save time**.  Even in a complex case, a dispute can be resolved through ADR in a matter of months or weeks, while a lawsuit can take years.

- **ADR can save money.**  By producing earlier settlements, ADR can save parties and courts money that might otherwise be spent on litigation costs (attorney's fees and court expenses).

- **ADR provides more participation.**  Parties have more opportunity with ADR to express their own interests and concerns, while litigation focuses exclusively on the parties' legal rights and responsibilities.

- **ADR provides more control and flexibility.**  Parties can choose the ADR process most appropriate for their particular situation and that will best serve their particular needs.

- **ADR can reduce stress and provide greater satisfaction.**  ADR encourages cooperation and communication, while discouraging the adversarial atmosphere found in litigation.  Surveys of disputants who have gone through ADR have found that satisfaction with ADR is generally high, especially among those with extensive ADR experience.

**Arbitration, Mediation, and Neutral Evaluation**

Although there are many different types of ADR processes, the forms most commonly used to resolve disputes in California State courts are Arbitration, Mediation and Neutral Evaluation.   The Multi-Option ADR Project a partnership of the Court, Bar and Community offers pre-screened panelists with specialized experience and training in each of these areas.

**Arbitration:** An arbitrator hears evidence presented by the parties, makes legal rulings, determines facts and makes an arbitration award.  Arbitration awards may be entered as

judgments in accordance with the agreement of the parties or, where there is no agreement, in accordance with California statutes.  Arbitrations can be binding or non-binding, as agreed by the parties in writing.

**Mediation:** Mediation is a voluntary, informal, confidential process in which the mediator, a neutral third party, facilitates settlement negotiations.  The mediator improves communication by and among the parties, helps parties clarify facts, identify legal issues, explore options and arrive at a mutually acceptable resolution of the dispute.

**Neutral Evaluation:** Involves presentations to a neutral third party with subject matter expertise who may render an opinion about the case the strengths and weaknesses of the positions, the potential verdict regarding liability, and a possible range for damages.

### CIVIL ADR PROCEDURES FOR THE SAN MATEO COUNTY SUPERIOR COURT

- Upon filing a Complaint, the Plaintiff will receive this **information sheet** from the Superior Court Clerk.  Plaintiff is expected to include this information sheet when he or she **serves the Complaint** on the Defendant.

- All parties to the dispute may voluntarily agree to take the matter to an ADR process. A stipulation is provided here.  Parties chose and contact their own ADR provider. A Panelist List is available online.

- If the parties have not agreed to use an ADR process, an initial Case Management Conference ("CMC") will be scheduled within 120 days of the filing of the Complaint.  An **original and copy of the Case Management Conference Statement must be completed and provided to the court clerk no later than 15 days prior to the scheduled conference**. The San Mateo County Superior Court Case Management Judges will strongly encourage all parties and their counsel to consider and utilize ADR procedures and/or to meet with the ADR director and staff where appropriate.

- If the parties voluntarily agree to ADR, the parties will be required to sign and file a **Stipulation and Order to ADR.**

- A timely filing of a stipulation (at least 10 days prior to the CMC) will cause a notice to vacate the CMC.  ADR stipulated cases (other than judicial arbitration) will be continued for further ADR/Case Management status review in 90 days.  If the case is resolved through ADR, the status review date may be vacated if the court receives a dismissal or judgment. The court may upon review of case information suggest to parties an ADR referral to discuss matters related to case management, discovery and ADR.

- Any ADR Services shall be paid for by the parties pursuant to a separate ADR fee agreement. The ADR Director may screen appropriate cases for financial aid where a party is indigent.

- Local Court Rules require your cooperation in evaluating the ADR Project and will expect a brief evaluation form to be completed and submitted **within 10 days of completion of the process.**

**You can find ADR forms on the ADR webpage: www.sanmateocourt.org/adr. For more information contact the Multi-Option ADR Project at (650) 261-5075 or 261-5076.**

**CM-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.:                          FAX NO. *(Optional):*
E-MAIL ADDRESS:
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| *(Check one):*  ☐ **UNLIMITED CASE**   ☐ **LIMITED CASE** (Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | |

**A CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date:                  Time:            Dept.:          Div.:              Room:

Address of court *(if different from the address above):*

☐ **Notice of Intent to Appear by Telephone, by** *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐ This statement is submitted by party *(name):*
   b. ☐ This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint

      (1) ☐ have not been served *(specify names and explain why not):*

      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*

      (3) ☐ have had a default entered against them *(specify names):*

   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in ☐ complaint   ☐ cross-complaint   *(Describe, including causes of action):*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-110 [Rev. September 1, 2021] | **CASE MANAGEMENT STATEMENT** | Cal. Rules of Court,<br>rules 3.720–3.730<br>*www.courts.ca.gov* |
|---|---|---|

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**

The party or parties request ☐ a jury trial   ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**

a.  ☐ The trial has been set for  *(date):*

b.  ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint  *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**

The party or parties estimate that the trial will take *(check one):*

a.  ☐ days *(specify number):*

b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*

The party or parties will be represented at trial   ☐ by the attorney or party listed in the caption   ☐ by the following:

a.  Attorney:

b.  Firm:

c.  Address:

d.  Telephone number:           f.  Fax number:

e.  E-mail address:             g.  Party represented:

☐ Additional representation is described in Attachment 8.

9.  **Preference**

☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.

(1) For parties represented by counsel: Counsel ☐ has   ☐ has not   provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

(2) For self-represented parties: Party ☐ has   ☐ has not  reviewed the ADR information package identified in rule 3.221.

b.  **Referral to judicial arbitration or civil action mediation** (if available).

(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER:<br>DEFENDANT/RESPONDENT: | CASE NUMBER: |
|---|---|

**10. c.** Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date):*<br>☐ Agreed to complete mediation by *(date):*<br>☐ Mediation completed on *(date):* |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date):*<br>☐ Agreed to complete settlement conference by *(date):*<br>☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date):*<br>☐ Agreed to complete neutral evaluation by *(date):*<br>☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date):*<br>☐ Agreed to complete judicial arbitration by *(date):*<br>☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date):*<br>☐ Agreed to complete private arbitration by *(date):*<br>☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date):*<br>☐ Agreed to complete ADR session by *(date):*<br>☐ ADR completed on *(date):* |

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

(1) Name of case:

(2) Name of court:

(3) Case number:

(4) Status:

☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

17. **Economic litigation**

   a. ☐  This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

   b. ☐  This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**

   ☐  The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**

   a. ☐  The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

   b. ☐  After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

   ☐  Additional signatures are attached.

CM-110 [Rev. September 1, 2021]        **CASE MANAGEMENT STATEMENT**        **Page 5 of 5**

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [ Print this form ]   [ Save this form ]     [ Clear this form ]

Exhibit C

**FILED**

In the office of the Secretary of State
of the State of California

JUN 1 2 2007

# STATEMENT AND DESIGNATION
# BY FOREIGN CORPORATION

Tanium Inc.
_____
(Name of Corporation)

_____ , , a corporation organized and existing under the

laws of _____Delaware_____ ,makes the following statements and designation:
              (State or Place of Incorporation)

1. The address of its principal executive office is  179 Forest Lane, Berkeley, CA 94708 _____

   .                                                                                             .·

2. The address of its principal office in the State of California is _____

   179 Forest Lane, Berkeley, CA 94708 _____ .

## DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA
(Complete either Item 3 or Item 4.)

3. (Use this paragraph if the process agent is a **natural person**.)

   David R. Lee _____ ,a natural person residing in the State of

   California, whose complete address is 545 Middlefield Road, Suite 250 _____

   Menlo Park, CA 94025 _____, is designated as agent upon whom process directed to
   this corporation may be served within the State of California, in the manner provided by law.

4. (Use this paragraph if the process agent is a **corporation**.)

                                                            , a corporation organized and existing

   under the laws of _____ , is designated as agent upon whom process directed
   to this corporation may be served within the State of California, in the manner provided by law.

   **NOTE:  Corporate agents must have complied with California Corporations Code Section 1505
   prior to designation.**

5. It irrevocably consents to service of process directed to it upon the agent designated above, and to service
   of process on the Secretary of State of the State of California if the agent so designated or the agent's
   successor is no longer authorized to act or cannot be found at the address given.

_____          David Hindawi, CEO
   (Signature of Corporate Officer)          _____
                                             (Typed Name and Title of Officer Signing)

Secretary of State Form
S&DC-STOCK/NONPROFIT (REV 03/2005)

# *Delaware*  PAGE 1

## *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TANIUM INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FOURTH DAY OF JUNE, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TANIUM INC." WAS INCORPORATED ON THE THIRTY-FIRST DAY OF MAY, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

4332270  8300  AUTHENTICATION: 5726936

070669074  DATE: 06-04-07

Exhibit D



**California Secretary of State**
Electronic Filing

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | TANIUM INC. |

| | |
|---|---|
| Entity (File) Number: | C3002555 |
| File Date: | 06/30/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GU45970 |

**Detailed Filing Information**

1. Entity Name:

   TANIUM INC.

2. Business Addresses:

   a. Street Address of Principal
      Office in California:

      2100 Powell Street Suite 300
      Emeryville, California 94608
      United States of America

   b. Mailing Address:

      2100 Powell Street Suite 300
      Emeryville, California 94608
      United States of America

   c. Street Address of Principal
      Executive Office:

      3550 Carillon Point
      Kirkland, Washington 98033
      United States of America

3. Officers:

   a. Chief Executive Officer:

      Orion  Hindawi
      3550 Carillon Point
      Kirkland, Washington 98033
      United States of America

   b. Secretary:

      Ellen  McDonald
      3550 Carillon Point
      Kirkland, Washington 98033
      United States of America

Document ID: GU45970

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

                    Marc  Levine
                    3550 Carillon Point
                    Kirkland, Washington 98033
                    United States of America

4.  Director:                    Not Applicable

    Number of Vacancies on the Board of
    Directors:                Not Applicable

5.  Agent for Service of Process:    COGENCY GLOBAL INC. (C2003899)

6.  Type of Business:        Software Publishing

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Orion Hindawi

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GU45970

Exhibit E

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

<table>
<tr><td>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Tanium Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Daniel Howard

</td><td>

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**Electronically FILED**
by Superior Court of California, County of San Mateo
ON
11/15/2021
By /s/ Anthony Berini
Deputy Clerk

</td></tr>
</table>

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

<table>
<tr><td>

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of Caiifornia, County of San Mateo
400 County Center, Redwood City CA 94063

</td><td>

CASE NUMBER: *(Número del Caso):*
21-CIV-06146

</td></tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Howard, 464 Clinton St. Apt. 305, Redwood City, CA 94062 650-542-1395

<table>
<tr><td>

DATE: November 12, 2021
*(Fecha)*

</td><td>

Neal I. Taniguchi

</td><td>

Clerk, by
*(Secretario)*

</td><td>

/s/ Anthony Berini

</td><td>

, Deputy
*(Adjunto)*

</td></tr>
</table>

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*



[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Tanium Inc.
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100  [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

[ Print this form ]  [ Save this form ]  [ Clear this form ]

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Daniel Howard SBN 256733<br>464 Clinton St. Apt. 305 Redwood City, CA 94062 | **FOR COURT USE ONLY** |

TELEPHONE NO.: 650-542-1395   FAX NO. *(Optional):*
E-MAIL ADDRESS: danielhoward@berkeley.edu
ATTORNEY FOR *(Name):* Daniel Howard

**Electronically**
**FILED**
by Superior Court of California, County of San Mateo
ON   **11/15/2021**
By   **/s/ Anthony Berini**
**Deputy Clerk**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Superior Court of California, County of San Mateo

CASE NAME:
Daniel Howard v Tanium Inc.

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| [×] **Unlimited** [ ] **Limited**<br>(Amount (Amount<br>demanded demanded is<br>exceeds $25,000) $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **21-CIV-06146**<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[×] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [×] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [×] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* 1
5. This case [ ] is [×] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: November 12, 2021

Daniel Howard
_____
(TYPE OR PRINT NAME)

*[signature]*
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev.September 1, 2021]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
  Property Damage/Wrongful Death)
  Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
      or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
  Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-
      domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

CM-010 [Rev. September 1, 2021]

**CIVIL CASE COVER SHEET**

Page 2 of 2

**For your protection and privacy, please press the Clear
This Form button after you have printed the form.**

**Print this form**   **Save this form**   **Clear this form**

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Daniel Howard SBN 256733
464 Clinton St. Apt. 305
Redwood City, CA 94062

TELEPHONE NO: 650-542-1395          FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*: danielhoward@berkeley.edu
ATTORNEY FOR *(Name)*: Daniel Howard

**Electronically**
**FILED**
by Superior Court of California, County of San Mateo
ON     **11/15/2021**
By     **/s/ Anthony Berini**
        **Deputy Clerk**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Superior Court of California, County of San Mateo

PLAINTIFF: Daniel Howard
DEFENDANT: Tanium Inc.

☐ DOES 1  TO _____

**CONTRACT**

☒ **COMPLAINT**          ☐ **AMENDED COMPLAINT** *(Number):*

☐ **CROSS-COMPLAINT**     ☐ **AMENDED CROSS-COMPLAINT** *(Number):*

| **Jurisdiction** *(check all that apply):* | CASE NUMBER: |
|---|---|
| ☐ **ACTION IS A LIMITED CIVIL CASE** | |
|     Amount demanded ☐ **does not exceed $10,000** | **21-CIV-06146** |
|       ☐ **exceeds $10,000 but does not exceed $25,000** | |
| ☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)** | |
| ☐ **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint** | |
|     ☐ **from limited to unlimited** | |
|     ☐ **from unlimited to limited** | |

1. **Plaintiff**\* *(name or names):*
   Daniel Howard

   alleges causes of action against **defendant**\* *(name or names):*
   Tanium Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4 - PLD-C-001, PLD-C-001(3)

3. a. Each plaintiff named above is a competent adult
   ☐ **except** plaintiff *(name):*
       (1) ☐ a corporation qualified to do business in California
       (2) ☐ an unincorporated entity *(describe):*
       (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):*
       a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

       b. ☐ has complied with all licensing requirements as a licensed *(specify):*

   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   ☒ **except** defendant *(name):* Tanium Inc          ☐ **except** defendant *(name):*
       (1) ☐ a business organization, form unknown    (1) ☐ a business organization, form unknown
       (2) ☒ a corporation                            (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe):*     (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*             (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*                        (5) ☐ other *(specify):*

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: Daniel Howard v Tanium Inc | CASE NUMBER: 21-CIV-06146 |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☒ other *(specify):*
      Defendant offered employment by phone call to and letter addressed to Plaintiff at his Redwood City address.

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☐ Breach of Contract
   ☐ Common Counts
   ☒ Other *(specify):*
      Fraud

9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of: $ 1,000,000
    b. ☒ interest on the damages
       (1) ☐ according to proof
       (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: November 12, 2021

Daniel Howard
_____
(TYPE OR PRINT NAME)

*Daniel Howard*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | **Page 2 of 2** |
|---|---|---|

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [ Print this form ]  [ Save this form ]    [ Clear this form ]

To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form when finished.

**PLD-C-001(3)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Daniel Howard v. Tanium Inc. | 21-CIV-06146 |

<u>1</u>
(number)

# CAUSE OF ACTION—Fraud

ATTACHMENT TO  [✔] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff *(name)*:   Daniel Howard

alleges that defendant *(name)*:   Tanium Inc.

on or about *(date)*:  03/31/2016            defrauded plaintiff as follows:

FR-2. [✔]   **Intentional or Negligent Misrepresentation**

a. Defendant made representations of material fact   [ ] as stated in Attachment FR-2.a   [✔] as follows:
On 03/31/2016, Plaintiff had an employment interview with Tanium founder Mr. David Hindawi who asked Plaintiff to tell him the terms of his compensation with his current employer, including salary, bonus, and stock incentives. That evening, Plaintiff received a telephone call from hiring manager Mr. James Evans offering employment. The offer misrepresented the value of Tanium stock. Mr. Evans said the value of Tanium shares on that day was $5/share. He said the stock incentive component of the offer was "30,000 shares times $5/share equals a current value of $150,000." Tanium intentionally misrepresented the value of its shares so the offer would appear to be better compensation than it was and better than the figures about his current compensation that Plaintiff had provided to Mr. Hindawi.

b. These representations were in fact false. The truth was   [ ] as stated in Attachment FR-2.b   [✔] as follows:
Tanium is a private company. In November 2018, Tanium placed employee shares in an account administered by a third-party—Solium. On November 15, 2018, Plaintiff discovered the false representation made in the employment offer when Solium issued an account statement which indicated that at the time the stock was granted, Tanium shares had a 409(a) value of $2.01 per share. On 03/14/2019, Plaintiff reported details about his discovery of the fraud to his manager. He was transferred to another organization. On 07/06/2020, when he resigned, Plaintiff also reported the fraud related to his original employment offer to the manager to whom he tendered his resignation.

c. When defendant made the representations,
[✔]   defendant knew they were false, **or**
[ ]   defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [ ]   **Concealment**

a. Defendant concealed or suppressed material facts   [ ] as stated in Attachment FR-3.a   [ ] as follows:




b. Defendant concealed or suppressed material facts
[ ]   defendant was bound to disclose.
[ ]   by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.
c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page _____

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**PLD-C-001(3)**

| | |
|---|---|
| SHORT TITLE:<br>Daniel Howard v. Tanium Inc. | CASE NUMBER:<br>21-CIV-06146 |

1 _____
    (number)

## CAUSE OF ACTION—Fraud

FR-4. ☐ **Promise Without Intent to Perform**
    a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated
       in Attachment FR-4.a ☐ as follows:

    b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
       plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
       defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
    ☑ as follows:
    Plaintiff accepted the offer of employment with Tanium and resigned his position at Fortinet in
    Sunnyvale.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in
    Attachment FR- 6 ☑ as follows:
    Plaintiff resigned employment with Fortinet, forfeiting 2,675 unvested shares, plus annual stock incentive
    renewals, annual salary increases, and participation in a profitable Employee Stock Purchase Program. The
    difference in what Plaintiff earned at Tanium from 2016 to 2020 and what he would have earned at Fortinet,
    where his performance was periodically reviewed and determined to merit two promotions, is significant.
    Plaintiff earned at least one million dolllars less at Tanium.

FIR - 7.  Other:

**Page** _____

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Save This Form　　Print This Form　　Clear This Form

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **Daniel Howard**<br>**464 Clinton St Apt 305**<br>**Redwood City, CA 94062**<br>TELEPHONE NO.: **(650) 542-1395**   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*   **Self Represented** | **FILED**<br>SAN MATEO COUNTY<br>NOV 2 3 2021<br>Clerk of the Superior Court<br>By _____<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO - REDWOOD CITY
STREET ADDRESS:  400 County Center
MAILING ADDRESS:  400 County Center
CITY AND ZIP CODE:  Redwood City, CA 94063
BRANCH NAME:  SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO - REDWOOD CITY

| | |
|---|---|
| PLAINTIFF/PETITIONER:  Daniel Howard | CASE NUMBER:<br>21-CIV-06146 |
| DEFENDANT/RESPONDENT:  Tanium Inc. | |
| **PROOF OF SERVICE SUMMONS** | Ref. No. or File No.: |

(Separate proof of service is required for each party served.)

**FILE BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: **Summons; Complaint**

3. a. Party served *(specify name of party as shown on documents served):* **Tanium Inc. C3002555**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **Mai Houa Yang, Customer Service Specialist**

4. Address where the party was served: **1325 J St Ste 1550, Sacramento, CA 95814**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: **11/16/2021** (2) at: **03:13 PM**
   b. [ ] **by substituted service.** On: at: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   *(Gender: Female Height: Weight: Race: Hair: Other:)*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents:
   *on:* *from:* **or** [ ] a declaration of mailing is attached.

Page 1 of 3

| PLAINTIFF/PETITIONER:      Daniel Howard | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   Tanium Inc. | 21-CIV-06146 |

       (5)  ☐   I attach a **declaration of diligence** stating actions taken first to attempt personal service.

5.   c.  ☐   **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

       (1) on:               (2)  from:

       (3)  ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

       (4)  ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d.  ☐   **by other means** *(specify means of service and authorizing code section):*

       ☐   Additional page describing service is attached.

6.   The "Notice to the Person Served" (on the summons) was completed as follows:

   a.  ☐   as an individual defendant.

   b.  ☐   as the person sued under the fictitious name of *(specify):*

   c.  ☐   as occupant.

   d.  ☒   On behalf of *(specify):* **Tanium Inc. C3002555**
       under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7.   **Person who served papers**
   a. Name: **Peli Thao**
   b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
   c. Telephone number: **650-364-9612**
   d. **The fee for service was: $95.00**
   e. I am:
      (1)  ☐   not a registered California process server.
      (2)  ☐   exempt from registration under Business and Professions Code section 22350(b).
      (3)  ☒   a registered California process server:

         (i)  ☐ owner    ☐ employee    ☒ independent contractor.
        (ii)   Registration No.: **2020-02**
        (iii)  County: **Sacramento**

| PLAINTIFF/PETITIONER:    Daniel Howard | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   Tanium Inc. | 21-CIV-06146 |

8.  [×]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Peli Thao                                    Date: **11/19/2021**

**FILE BY FAX**

**SUPERIOR COURT OF SAN MATEO COUNTY**
Civil Division
400 County Center, 1st Floor, Room A Redwood City, CA 94063
(650) 261-5100
www.sanmateocourt.org

FOR COURT USE ONLY

# FILED

SAN MATEO COUNTY

11/15/2021

**Clerk of the Superior Court**

/s/ Anthony Berini

DEPUTY CLERK

PETITIONER/PLAINTIFF:  **DANIEL HOWARD**

RESPONDENT/DEFENDANT:  **TANIUM INC.**

**NOTICE OF ASSIGNMENT FOR ALL PURPOSES (CIVIL) AND
NOTICE OF CASE MANAGEMENT CONFERENCE**

CASE NUMBER:
**21-CIV-06146**

By order of the Presiding Judge pursuant to San Mateo County Superior Court Local Rule 3.200(a) the above entitled matter is assigned for all purposes to: **V. Raymond Swope** in **Department 23.**

**An Initial Case Management Conference is set before the Civil Commissioner, as follows:**
**DATE: 3/16/2022**
**TIME: 9:00 AM**
**LOCATION: 1050 Mission Road, South San Francisco, CA 94080**

APPEARANCES SHALL BE REMOTE ONLY.  Please visit our website at for information on remote appearances:
https://www.sanmateocourt.org/general_info/remote_appearance.php

ASSIGNED DEPARTMENT INFORMATION

To schedule a Law and Motion Hearing, please see Local Rule 3.402, or visit the assigned Judicial Officer's webpage at: www.sanmateocourt.org/civiljudges.

Contact information for your assigned department is as follows:

| Judicial Officer | Department Phone | Department E-mail |
|---|---|---|
| V. Raymond Swope | 650-261-5123 | Dept23@sanmateocourt.org |

CASE MANAGEMENT CONFERENCE INFORMATION

You are hereby given notice of your Initial Case Management Conference.  The date, time and department are noted above.

1. In accordance with applicable California Rules of the Court and Local Rules, you are hereby ordered to:
   a) Serve all named defendants and file proofs of service on those defendants with the court within 60-days of filing the complaint (CRC 3.110(b); Local Rule 3.804).
   b) Serve a copy of this Notice, blank form of the Case Management Statement and ADR Information Package on all named parties in this action (Local Rule 3.804(a)). Documents are available online under the CIVIL CMC Packet section at: http://sanmateocourt.org/court_divisions/civil/
   c) File and serve a completed Case Management Statement at least 15 days before the Case Management Conference (CRC 3.725; Local Rule 3.805(c)).  Failure to do so may result in monetary sanctions or the continuance of the CMC.
   d) Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later

Rev. November 2020

than 30 days before the date set for the Case Management Conference (Local Rule 3.805(b)).

2. Parties may proceed to an Appropriate Dispute Resolution process ("ADR") by filing a *Stipulation and Order to ADR* (Local Form ADR-CV-1). File and serve the completed *Stipulation and Order to* ADR form at least 12 days prior to the Case Management Conference (Local Rule 3.805(f)). You may find this form and information regarding the Civil ADR Program online at http://sanmateocourt.org/court_divisions/adr/civil/

For additional information, you may visit the Judicial officer's webpage at: www.sanmateocourt.org/civiljudges

### CLERK'S CERTIFICATE OF SERVICE

I hereby certify that I am the clerk of this Court, not a party to this cause; that I served a copy of this notice on the below date, ☐ by hand ☐ by electronic service to the parties or their counsel of record at the email addresses set forth below and shown by the records of this Court  or  ☒ by placing a copy thereof in separate sealed envelopes addressed to the address shown by the records of this Court, and by then sealing said envelopes and depositing same, with postage fully pre-paid thereon, in the United States Mail at Redwood City, California.

Date:  11/15/2021

Neal I Taniguchi, Court Executive Officer/Clerk

By:   /s/ Anthony Berini

Anthony Berini, Deputy Clerk

Notice being served on:

DANIEL HOWARD
464 CLINTON ST
APT 305
REDWOOD CITY CA  94062

Exhibit F

1  Margaret C. Bell (SBN: 156879)
   mbell@lbbklaw.com
2  Danté R. Taylor (SBN: 303391)
   dtaylor@lbbklaw.com
3  LAGASSE BRANCH BELL + KINKEAD LLP
   180 Montgomery Street, Suite 2190
4  San Francisco, CA 94104
   Telephone:  (628) 222-5870
5  Facsimile:  (628) 222-5872

6  Attorneys for Defendant
   TANIUM INC.
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF SAN MATEO

10

11 DANIEL HOWARD,                    ) CASE NO.  21-CIV-06146
                                     )
12            Plaintiff(s),          ) **NOTICE TO ADVERSE PARTY AND**
                                     ) **COURT OF FILING NOTICE OF**
13    vs.                            ) **REMOVAL OF ACTION**
                                     )
14 TANIUM INC.,                      ) Judge:  Hon. V. Raymond Swope
                                     ) Dept.: 23
15            Defendant(s).          )
                                     ) Complaint filed:  November 15, 2021
16                                   ) Trial date: Not Set
                                     )
17 _____ )

18 **TO PLAINTIFF, HIS COUNSEL, AND THE CLERK OF THE ABOVE-ENTITLED**

19 **COURT:**

20         PLEASE TAKE NOTICE that Defendant Tanium Inc. (Tanium) filed a Notice of

21 Removal of the above-entitled action in the United States District Court for the Northern District

22 of California on December 15, 2021, effectuating the removal of this action. A true and correct

23 copy of the Notice of Removal is attached hereto as **Exhibit A**.

24         PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. section 1446(d), the

25 filing of the Notice of Removal in the federal court, together with the filing of the attached copy

26 of the Notice of Removal with this Court, completes the removal of this action and the above-

27 captioned Court may proceed no further unless and until the case is remanded.

28

LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190
San Francisco, CA 94104

-1-
NOTICE TO ADVERSE PARTY AND COURT OF FILING NOTICE OF REMOVAL OF ACTION

Dated: December 15, 2021

LAGASSE BRANCH BELL + KINKEAD LLP

By:_____

Margaret C. Bell, Esq.
Danté R. Taylor, Esq.
Attorneys for Defendant
TANIUM INC.

NOTICE TO ADVERSE PARTY AND COURT OF FILING NOTICE OF REMOVAL OF ACTION

LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190
San Francisco, CA 94104

# Exhibit A

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

HOWARD, DANIEL

**(b)** County of Residence of First Listed Plaintiff    San Mateo County, California
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Daniel Howard
464 Clinton Street, Apt. 305
Redwood City, CA 94062
danielhoward@berkeley.edu

## DEFENDANTS

TANIUM INC.

County of Residence of First Listed Defendant    King County, Washington
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Margaret C. Bell / Danté R. Taylor
LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190, San Francisco, CA 94104
mbell@lbbklaw.com / dtaylor@lbbklaw.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* *(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | | 710 Fair Labor Standards Act | 820 Copyrights | 430 Banks and Banking |
| | 340 Marine | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 450 Commerce |
| 151 Medicare Act | 345 Marine Product Liability | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 460 Deportation |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 350 Motor Vehicle | ☒ 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 790 Other Labor Litigation | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 360 Other Personal Injury | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 160 Stockholders' Suits | 362 Personal Injury -Medical Malpractice | 385 Property Damage Product Liability | | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 190 Other Contract | | | **IMMIGRATION** | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 196 Franchise | 440 Other Civil Rights | **HABEAS CORPUS** | 465 Other Immigration Actions | 864 SSID Title XVI | 891 Agricultural Acts |
| **REAL PROPERTY** | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 220 Foreclosure | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 230 Rent Lease & Ejectment | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | 871 IRS–Third Party 26 USC § 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 240 Torts to Land | 446 Amer. w/Disabilities–Other | **OTHER** | | | |
| 245 Tort Product Liability | 448 Education | 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District (specify) | ☐ 6 Multidistrict Litigation–Transfer | ☐ 8 Multidistrict Litigation–Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332, et seq.; 28 U.S.C. § 1441

Brief description of cause:
Plaintiff alleges Defendant fraudulently misrepresented the value of employer-provided stock options.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.

DEMAND $ 1,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S), IF ANY *(See instructions):*

JUDGE _____    DOCKET NUMBER _____

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*

☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE    ☐ EUREKA-MCKINLEYVILLE

DATE   12/16/2021    SIGNATURE OF ATTORNEY OF RECORD   

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-CAND 44

**Authority For Civil Cover Sheet.** The JS-CAND 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. a)  Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**b)  County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**c)  Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)."

**II.  Jurisdiction.** The basis of jurisdiction is set forth under Federal Rule of Civil Procedure 8(a), which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

(1)  <u>United States plaintiff</u>. Jurisdiction based on 28 USC §§ 1345 and 1348. Suits by agencies and officers of the United States are included here.

(2)  <u>United States defendant</u>. When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

(3)  <u>Federal question</u>. This refers to suits under 28 USC § 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

(4)  <u>Diversity of citizenship</u>. This refers to suits under 28 USC § 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.  Residence (citizenship) of Principal Parties.** This section of the JS-CAND 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.  Origin.** Place an "X" in one of the six boxes.

(1)  <u>Original Proceedings</u>. Cases originating in the United States district courts.

(2)  <u>Removed from State Court</u>. Proceedings initiated in state courts may be removed to the district courts under Title 28 USC § 1441. When the petition for removal is granted, check this box.

(3)  <u>Remanded from Appellate Court</u>. Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

(4)  <u>Reinstated or Reopened</u>. Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

(5)  <u>Transferred from Another District</u>. For cases transferred under Title 28 USC § 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

(6)  <u>Multidistrict Litigation Transfer</u>. Check this box when a multidistrict case is transferred into the district under authority of Title 28 USC § 1407. When this box is checked, do not check (5) above.

(8)  <u>Multidistrict Litigation Direct File</u>. Check this box when a multidistrict litigation case is filed in the same district as the Master MDL docket.

<u>Please note that there is no Origin Code 7</u>. Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.  Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** <u>Example</u>: U.S. Civil Statute: 47 USC § 553. <u>Brief Description</u>: Unauthorized reception of cable service.

**VII.  Requested in Complaint.**  <u>Class Action</u>. Place an "X" in this box if you are filing a class action under Federal Rule of Civil Procedure 23.

<u>Demand</u>. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.

<u>Jury Demand</u>. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.** This section of the JS-CAND 44 is used to identify related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**IX.  Divisional Assignment.** If the Nature of Suit is under Property Rights or Prisoner Petitions or the matter is a Securities Class Action, leave this section blank. For all other cases, identify the divisional venue according to Civil Local Rule 3-2: "the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated."

**Date and Attorney Signature.** Date and sign the civil cover sheet.

1   Margaret C. Bell (SBN: 156879)
    mbell@lbbklaw.com
2   Danté R. Taylor (SBN: 303391)
    dtaylor@lbbklaw.com
3   LAGASSE BRANCH BELL + KINKEAD LLP
    180 Montgomery Street, Suite 2190
4   San Francisco, CA 94104
    Telephone:  (628) 222-5870
5   Facsimile:  (628) 222-5872

6   Attorneys for Defendant
    TANIUM INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL HOWARD,                      )  Case No.
                                        )
12                    Plaintiff(s),     )  **DEFENDANT TANIUM INC.'S NOTICE**
                                        )  **OF REMOVAL TO THE UNITED**
13      vs.                             )  **STATES DISTRICT COURT FOR THE**
                                        )  **NORTHERN DISTRICT OF**
14  TANIUM INC.,                        )  **CALIFORNIA**
                                        )
15                    Defendant(s).     )
                                        )  State Action Filed: November 15, 2021
16                                      )
                                        )
17

18  **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**

19  **NORTHERN DISTRICT OF CALIFORNIA:**

20          PLEASE TAKE NOTICE that Defendant Tanium Inc. hereby invokes this Court's

21  jurisdiction under 28 U.S.C. sections 1332 and 1441(b) and removes Case No. 21-CIV-06146

22  from the Superior Court of the State of California, County of San Mateo.

23                  **PLEADINGS AND PROCEEDINGS TO DATE**

24          1.      On November 15, 2021, Plaintiff Daniel Howard (Plaintiff) filed a Complaint

25  against Defendant Tanium Inc. (Tanium) in San Mateo County Superior Court. The Complaint is

26  captioned *Daniel Howard v. Tanium Inc.*, Case No. 21-CIV-06146. The Complaint alleges one

27  cause of action for fraud-intentional misrepresentation. (Declaration of Danté R. Taylor "Taylor

28  Decl." ¶ 2; Exhibit A.)

_LAGASSE BRANCH BELL + KINKEAD LLP_
_180 Montgomery Street, Suite 2190_
_San Francisco, CA 94104_

-1-

2. On November 16, 2021, Tanium received service of process of the Complaint. (Taylor Decl. ¶ 2.)

3. On December 6, 2021, Tanium received service of process of the Complaint with the state court's associated notice of assignment documentation. (Taylor Decl. ¶ 3; Exhibit B.)

4. Tanium is the only named defendant in the state court action, and as such, no other parties need to be joined.

## DIVERSITY JURISDICTION EXISTS

5. This Court has diversity jurisdiction over this action under 28 U.S.C. section 1332, because the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states. Pursuant to 28 U.S.C. section 1441, Tanium may remove this action to federal court because it is a civil action brought in state court, in which the federal court has original jurisdiction. Removal is therefore appropriate under diversity jurisdiction.

6. Plaintiff is, and at all times relevant to his Complaint, has been a resident and citizen of the State of California. (Exhibit A.)

7. For purposes of establishing diversity jurisdiction, a corporation "shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." (28 U.S.C. § 1332(c)(1).) Tanium is, and was at the time the Complaint was filed in state court, incorporated in the state of Delaware, with its principal place of business in the state of Washington. (Taylor Decl. ¶ 4; Exhibits C and D.) Tanium is, and at all relevant times was, a citizen of the states of Delaware and Washington for purposes of determining diversity jurisdiction. Complete diversity of citizenship existed between Plaintiff and Tanium at the time Plaintiff filed his Complaint and continues to exist now at the time of removal.

8. Pursuant to 28 U.S.C. section 1332 (a), a federal court has diversity jurisdiction over civil actions where the matter in controversy exceeds $75,000, exclusive of interest and costs. A defendant need only show that it is "more likely than not" that the amount in controversy exceeds the jurisdictional requirement. (*Sanchez v. Monumental Life Ins. Co.* (9th Cir. 1996) 102 F.3d 398, 404.) The removing defendant can satisfy the amount in controversy

LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190
San Francisco, CA 94104

-2-

1  requirement by showing that "facially apparent" allegations in the complaint demonstrate the

2  amount in controversy. (*Luckett v. Delta Airlines, Inc.* (5th Cir. 1999) 171 F.3d 295, 298.)

3       9.     Plaintiff's Complaint expressly states he seeks damages totaling $1 million,

4  exclusive of interest. (Exhibit A.) The Complaint specifically alleges Tanium offered Plaintiff

5  30,000 shares of Tanium stock valued at $5 per share, or $150,000, but that Plaintiff allegedly

6  later learned the shares were only valued at $2.01 per share, or $60,300, which is $89,700 less

7  than Tanium allegedly represented to Plaintiff. (Exhibit A.) Plaintiff's Complaint also alleges

8  that between 2016 and 2020, Plaintiff earned $1 million less in overall compensation at Tanium

9  than he would have earned had he continued employment with his former employer. (Exhibit A.)

10  The Complaint's allegations clearly demonstrate that the amount in controversy far exceeds the

11  jurisdictional minimum of $75,000. The amount in controversy requirement is satisfied.

12       10.     Accordingly, Tanium has established both requirements for diversity jurisdiction.

13  This Court should, therefore, retain jurisdiction over this action.

**TIMELINESS OF REMOVAL**

15       11.     This Notice of Removal is timely because it is filed within thirty (30) days after

16  Tanium was served with the Complaint. (28 U.S.C. § 1446(b)(1).) The removal period is

17  triggered by service of the complaint, not "receipt" alone. (*Murphy Bros., Inc. v. Michetti Pipe*

18  *Stringing, Inc.* (1999) 526 US 344, 354.) When service is effective is determined by state law.

19  (*City of Clarksdale v. BellSouth Telecommunications, Inc.* (5th Cir. 2005) 428 F3d 206, 210.)

20       12.     Service of the summons and Complaint were served on Tanium on November 16,

21  2021. Tanium has until December 16, 2021 to remove this action. Therefore, this Notice of

22  Removal is timely.

**VENUE**

24       13.     Venue properly lies in the United States District Court for the Northern District of

25  California pursuant to 28 U.S.C. § 1441(a) which provides:

26      [A]ny civil action brought in a State court of which the district courts of the

27      United States have original jurisdiction, may be removed by the defendant or

28      defendants, to the district court of the United States for the district and division

*LAGASSE BRANCH BELL + KINKEAD LLP*
*180 Montgomery Street, Suite 2190*
*San Francisco, CA 94104*

-3-

embracing the place where such action is pending.

14.     Plaintiff filed this action in San Mateo County Superior Court. The United Sates District Court for the Northern District of California encompasses this territory. (28 U.S.C.  § 84(a).) Therefore, venue is proper in this Court.

**NOTICE WILL BE PROVIDED TO PLAINTIFF AND THE STATE COURT**

15.     In accordance with 28 U.S.C. section 1446(d) Tanium's counsel certifies that a copy of this Notice of Removal and all supporting papers will be served on Plaintiff and filed with the clerk of the San Mateo County Superior Court.

**CONCLUSION**

WHEREFORE, based on the foregoing, Tanium gives notice that it has removed this action from the San Mateo County Superior Court to this Court.

Date: December 15, 2021

LAGASSE BRANCH BELL + KINKEAD LLP

By: _____
Margaret C. Bell, Esq.
Danté R. Taylor, Esq.
Attorneys for Defendant
TANIUM INC.

-4-

Margaret C. Bell (SBN: 156879)
mbell@lbbklaw.com
Danté R. Taylor (SBN: 303391)
dtaylor@lbbklaw.com
LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190
San Francisco, CA 94104
Telephone:  (628) 222-5870
Facsimile:  (628) 222-5872

Attorneys for Defendant
TANIUM INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL HOWARD, | ) | Case No. |
| | ) | |
| Plaintiff(s), | ) | **DECLARATION OF DANTÉ R.** |
| | ) | **TAYLOR IN SUPPORT OF** |
| vs. | ) | **DEFENDANT TANIUM INC.'S NOTICE** |
| | ) | **OF REMOVAL TO THE UNITED** |
| TANIUM INC., | ) | **STATES DISTRICT COURT FOR THE** |
| | ) | **NORTHERN DISTRICT OF** |
| | ) | **CALIFORNIA** |
| Defendant(s). | ) | |
| | ) | |
| | ) | State Action Filed: November 15, 2021 |
| | ) | |

I, Danté R. Taylor, declare as follows:

1.      I am an attorney duly licensed to practice law before the courts of the State of California and am an associate in the law firm of Lagasse Branch Bell + Kinkead LLP, counsel of record for Defendant Tanium Inc. (Tanium) in this action. Except as to those matters which are made on information and belief, I have personal knowledge of the facts set forth below and if called as a witness, I could and would competently testify thereto under oath.

2.      Tanium received service of process of the Complaint on November 16, 2021. Attached hereto as Exhibit A is a true and correct copy of Plaintiff Daniel Howard's (Plaintiff) Complaint which Plaintiff filed on November 15, 2021 in San Mateo County Superior Court.

LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190
San Francisco, CA 94104

3.      On December 6, 2021, Tanium received service of process of the Complaint with the state court's associated notice of assignment documentation. Attached hereto as Exhibit B is a true and correct copy of the Complaint with the state court's associated notice of assignment documentation

4.      Attached hereto as Exhibit C is a true and correct copy of the June 12, 2007 State of Delaware Designation of Foreign Corporation.

5.      Attached hereto as Exhibit D is a true and correct copy of the June 30, 2021 California Secretary of State Corporation Statement of Information.

6.      Since December 2020, Tanium's headquarters and principal place of business has been located in Kirkland, Washington.

7.      Attached hereto as Exhibit E are true and correct copies of all state court filings to date on the San Mateo County Superior Court's docket.

8.      Tanium will file a Notice to Adverse Party and state court of this Notice of Removal. Attached hereto as Exhibit F is a true and correct copy of the Notice to Adverse Party and Court of Notice of Removal that will be filed with the state court following filing of the Notice of Removal in federal court.

I declare under the penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on December 15, 2021, in San Francisco, California.

_____
Danté R. Taylor

DECLARATION OF DANTÉ R. TAYLOR                                         CASE NO. :

Exhibit A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Tanium Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Daniel Howard

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**Electronically
FILED**
by Superior Court of California, County of San Mateo
ON 11/15/2021
By /s/ Anthony Berini
Deputy Clerk

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Mateo
400 County Center, Redwood City CA 94063

CASE NUMBER: *(Número del Caso):*
21-CIV-06146

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Howard, 464 Clinton St. Apt. 305, Redwood City, CA 94062 650-542-1395

DATE:   November 12, 2021     Neal I. Taniguchi     Clerk, by   /s/ Anthony Berini   , Deputy
*(Fecha)*                                              *(Secretario)*                              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Tanium Inc.

   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**     [ Print this form ]   [ Save this form ]     [ Clear this form ]

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

**Daniel Howard SBN 256733**
**464 Clinton St. Apt. 305**
**Redwood City, CA 94062**

TELEPHONE NO: 650-542-1395          FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*: danielhoward@berkeley.edu
ATTORNEY FOR *(Name)*: Daniel Howard

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Superior Court of California, County of San Mateo

**Electronically**
**FILED**
by Superior Court of California, County of San Mateo
ON     **11/15/2021**
By     **/s/ Anthony Berini**
        **Deputy Clerk**

PLAINTIFF: Daniel Howard
DEFENDANT: Tanium Inc.
☐ DOES 1 TO _____

**CONTRACT**
[×] **COMPLAINT**          ☐ **AMENDED COMPLAINT** *(Number)*:

☐ **CROSS-COMPLAINT**     ☐ **AMENDED CROSS-COMPLAINT** *(Number)*:

**Jurisdiction** *(check all that apply)*:
☐ **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded ☐ does not exceed $10,000
                    ☐ exceeds $10,000 but does not exceed $25,000
[×] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint**
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:

**21-CIV-06146**

1. **Plaintiff\*** *(name or names)*:
   Daniel Howard

   alleges causes of action against **defendant\*** *(name or names)*:
   Tanium Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages:   4 – PLD-C-001, PLD-C-001(3)

3. a. Each plaintiff named above is a competent adult
   ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ other *(specify)*:
   b. ☐ Plaintiff *(name)*:
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

      b. ☐ has complied with all licensing requirements as a licensed *(specify)*:
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   [×] except defendant *(name)*: Tanium Inc          ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown         (1) ☐ a business organization, form unknown
      (2) [×] a corporation                                (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:         (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:                  (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:                             (5) ☐ other *(specify)*:

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.     Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Code of Civil Procedure, § 425.12 |
|---|---|---|

PLD-C-001

| SHORT TITLE: Daniel Howard v Tanium Inc | CASE NUMBER: 21-CIV-06146 |
|---|---|

4.   *(Continued)*
    b.   The true names of defendants sued as Does are unknown to plaintiff.
        (1) ☐   Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
            defendants and acted within the scope of that agency or employment.
        (2) ☐   Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
            plaintiff.
    c. ☐   Information about additional defendants who are not natural persons is contained in Attachment 4c.
    d. ☐   Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐   Plaintiff is required to comply with a claims statute, **and**
    a. ☐   has complied with applicable claims statutes, *or*
    b. ☐   is excused from complying because *(specify):*

6. ☐   This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.
7.   This court is the proper court because
    a. ☐   a defendant entered into the contract here.
    b. ☐   a defendant lived here when the contract was entered into.
    c. ☐   a defendant lives here now.
    d. ☐   the contract was to be performed here.
    e. ☐   a defendant is a corporation or unincorporated association and its principal place of business is here.
    f. ☐   real property that is the subject of this action is located here.
    g. ☒   other *(specify):*
        Defendant offered employment by phone call to and letter addressed to Plaintiff at his Redwood City address.

8.   The following causes of action are attached and the statements above apply to each *(each complaint must have one or
    more causes of action attached):*
    ☐   Breach of Contract
    ☐   Common Counts
    ☒   Other *(specify):*
        Fraud

9. ☐   Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒   damages of: $ 1,000,000
    b. ☒   interest on the damages
        (1) ☐   according to proof
        (2) ☐   at the rate of *(specify):*        percent per year from *(date):*
    c. ☐   attorney's fees
        (1) ☐   of: $
        (2) ☐   according to proof.
    d. ☐   other *(specify):*

11. ☐   The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: November 12, 2021

Daniel Howard                                                           *[signature]*

_____                    _____
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Page 2 of 2 |
|---|---|---|

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]              [ Clear this form ]

| To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form when finished. |
|---|

**PLD-C-001(3)**

| SHORT TITLE:<br>Daniel Howard v. Tanium Inc. | CASE NUMBER:<br>21-CIV-06146 |
|---|---|

1
_____
(number)

# CAUSE OF ACTION—Fraud

**ATTACHMENT TO** [✔] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

**FR- 1. Plaintiff** *(name):*  Daniel Howard

alleges that defendant *(name):*  Tanium Inc.

on or about *(date)* 03/31/2016       defrauded plaintiff as follows:

**FR-2.** [✔]  **Intentional or Negligent Misrepresentation**
    a. Defendant made representations of material fact  [ ] as stated in Attachment FR-2.a  [✔] as follows:
    On 03/31/2016, Plaintiff had an employment interview with Tanium founder Mr. David Hindawi who
    asked Plaintiff to tell him the terms of his compensation with his current employer, including salary,
    bonus, and stock incentives. That evening, Plaintiff received a telephone call from hiring manager Mr.
    James Evans offering employment. The offer misrepresented the value of Tanium stock. Mr. Evans said
    the value of Tanium shares on that day was $5/share. He said the stock incentive component of the
    offer was "30,000 shares times $5/share equals a current value of $150,000." Tanium intentionally
    misrepresented the value of its shares so the offer would appear to be better compensation than it was
    and better than the figures about his current compensation that Plaintiff had provided to Mr. Hindawi.

    b. These representations were in fact false. The truth was  [ ] as stated in Attachment FR-2.b  [✔] as follows:
    Tanium is a private company. In November 2018, Tanium placed employee shares in an account
    administered by a third-party—Solium. On November 15, 2018, Plaintiff discovered the false
    representation made in the employment offer when Solium issued an account statement which
    indicated that at the time the stock was granted, Tanium shares had a 409(a) value of $2.01 per share.
    On 03/14/2019, Plaintiff reported details about his discovery of the fraud to his manager. He was
    transferred to another organization. On 07/06/2020, when he resigned, Plaintiff also reported the fraud
    related to his original employment offer to the manager to whom he tendered his resignation.
    c. When defendant made the representations,
      [✔]  defendant knew they were false, **or**
      [ ]  defendant had no reasonable ground for believing the representations were true.

    d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
    in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed
    they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

**FR-3.** [ ]  **Concealment**
    a. Defendant concealed or suppressed material facts  [ ] as stated in Attachment FR-3.a  [ ] as follows:



    b. Defendant concealed or suppressed material facts
      [ ]  defendant was bound to disclose.
      [ ]  by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
      or suppressed facts.
    c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
    as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
    facts and would not have taken the action if plaintiff had known the facts.

Page _____

**Page 1 of 2**

| SHORT TITLE:<br>Daniel Howard v. Tanium Inc. | CASE NUMBER:<br>21-CIV-06146 |
|---|---|

1
_____
(number)

### CAUSE OF ACTION—Fraud

FR-4. ☐  **Promise Without Intent to Perform**
　　　　a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated
　　　　　in Attachment FR-4.a ☐ as follows:

　　　　b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
　　　　　plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
　　　　　defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
　　　☑ as follows:
　　　Plaintiff accepted the offer of employment with Tanium and resigned his position at Fortinet in
　　　Sunnyvale.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in
　　　Attachment FR- 6 ☑ as follows:
　　　Plaintiff resigned employment with Fortinet, forfeiting 2,675 unvested shares, plus annual stock incentive
　　　renewals, annual salary increases, and participation in a profitable Employee Stock Purchase Program. The
　　　difference in what Plaintiff earned at Tanium from 2016 to 2020 and what he would have earned at Fortinet,
　　　where his performance was periodically reviewed and determined to merit two promotions, is significant.
　　　Plaintiff earned at least one million dolllars less at Tanium.

FIR - 7.  Other:

Page _____

| For your protection and privacy, please press the Clear This Form button after you have printed the form. | Save This Form | Print This Form | Clear This Form |

# Exhibit B

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

Electronically
**FILED**
by Superior Court of California, County of San Mateo
ON **11/15/2021**
By **/s/ Anthony Berini**
**Deputy Clerk**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Tanium Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Daniel Howard

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Mateo
400 County Center, Redwood City CA 94063

CASE NUMBER: *(Número del Caso):*
**21-CIV-06146**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Howard, 464 Clinton St. Apt. 305, Redwood City, CA 94062 650-542-1395

DATE: November 12, 2021
*(Fecha)*

Neal I. Taniguchi   Clerk, by   **/s/ Anthony Berini**   , Deputy
*(Secretario)*   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Tanium Inc.

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

[ Print this form ]   [ Save this form ]   [ Clear this form ]

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

Daniel Howard SBN 256733
464 Clinton St. Apt. 305
Redwood City, CA 94062

TELEPHONE NO: 650-542-1395   FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*: danielhoward@berkeley.edu
ATTORNEY FOR *(Name)*: Daniel Howard

**Electronically**
**FILED**
by Superior Court of California, County of San Mateo
ON   **11/15/2021**
By____**/s/ Anthony Berini**
**Deputy Clerk**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
 STREET ADDRESS: 400 County Center
 MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
 BRANCH NAME: Superior Court of California, County of San Mateo

PLAINTIFF: Daniel Howard

DEFENDANT: Tanium Inc.

☐ DOES 1  TO _____

**CONTRACT**

☒ **COMPLAINT**   ☐ **AMENDED COMPLAINT** *(Number)*:

☐ **CROSS-COMPLAINT**   ☐ **AMENDED CROSS-COMPLAINT** *(Number)*:

| Jurisdiction *(check all that apply)*: | CASE NUMBER: |
|---|---|
| ☐ **ACTION IS A LIMITED CIVIL CASE**<br>  Amount demanded ☐ does not exceed $10,000<br>  ☐ exceeds $10,000 but does not exceed $25,000<br>☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint<br>  ☐ from limited to unlimited<br>  ☐ from unlimited to limited | **21-CIV-06146** |

1. **Plaintiff*** *(name or names)*:
   Daniel Howard

   alleges causes of action against **defendant*** *(name or names)*:
   Tanium Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages:  4 - PLD-C-001, PLD-C-001(3)

3. a. Each plaintiff named above is a competent adult
   - ☐ **except plaintiff** *(name)*:
     - (1) ☐ a corporation qualified to do business in California
     - (2) ☐ an unincorporated entity *(describe)*:
     - (3) ☐ other *(specify)*:
   b. ☐ Plaintiff *(name)*:
     - a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:
     - b. ☐ has complied with all licensing requirements as a licensed *(specify)*:
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   - ☒ **except defendant** *(name)*: Tanium Inc
     - (1) ☐ a business organization, form unknown
     - (2) ☒ a corporation
     - (3) ☐ an unincorporated entity *(describe)*:
     - (4) ☐ a public entity *(describe)*:
     - (5) ☐ other *(specify)*:
   - ☐ **except defendant** *(name)*:
     - (1) ☐ a business organization, form unknown
     - (2) ☐ a corporation
     - (3) ☐ an unincorporated entity *(describe)*:
     - (4) ☐ a public entity *(describe)*:
     - (5) ☐ other *(specify)*:

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

PLD-C-001

| SHORT TITLE: Daniel Howard v Tanium Inc | CASE NUMBER: 21-CIV-06146 |
|---|---|

4.   *(Continued)*
   b.   The true names of defendants sued as Does are unknown to plaintiff.
      (1)   ☐   Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
            defendants and acted within the scope of that agency or employment.
      (2)   ☐   Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
            plaintiff.
   c.   ☐   Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d.   ☐   Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5.   ☐   Plaintiff is required to comply with a claims statute, **and**
   a.   ☐   has complied with applicable claims statutes, *or*
   b.   ☐   is excused from complying because *(specify):*

6.   ☐   This action is subject to   ☐   Civil Code section 1812.10   ☐   Civil Code section 2984.4.
7.   This court is the proper court because
   a.   ☐   a defendant entered into the contract here.
   b.   ☐   a defendant lived here when the contract was entered into.
   c.   ☐   a defendant lives here now.
   d.   ☐   the contract was to be performed here.
   e.   ☐   a defendant is a corporation or unincorporated association and its principal place of business is here.
   f.   ☐   real property that is the subject of this action is located here.
   g.   ☒   other *(specify):*
         Defendant offered employment by phone call to and letter addressed to Plaintiff at his Redwood City address.

8.   The following causes of action are attached and the statements above apply to each *(each complaint must have one or
     more causes of action attached):*
      ☐   Breach of Contract
      ☐   Common Counts
      ☒   Other *(specify):*
            Fraud
9.   ☐   Other allegations:

10.   **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a.   ☒   damages of: $ 1,000,000
   b.   ☒   interest on the damages
      (1)   ☐   according to proof
      (2)   ☐   at the rate of  *(specify):*            percent per year from *(date):*
   c.   ☐   attorney's fees
      (1)   ☐   of: $
      (2)   ☐   according to proof.
   d.   ☐   other *(specify):*

11.   ☐   The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date:  November 12, 2021

Daniel Howard
_____                    _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF PLAINTIFF OR ATTORNEY)
                    *(If you wish to verify this pleading, affix a verification.)*

| PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Page 2 of 2 |
|---|---|---|

**For your protection and privacy, please press the Clear
This Form button after you have printed the form.**       [ Print this form ]  [ Save this form ]                [ Clear this form ]

> **To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form when finished.**

PLD-C-001(3)

| SHORT TITLE: Daniel Howard v. Tanium Inc. | CASE NUMBER: 21-CIV-06146 |
|---|---|

_1_
(number)

# CAUSE OF ACTION—Fraud

ATTACHMENT TO  [✔] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff *(name)*:  Daniel Howard

alleges that defendant *(name)*:  Tanium Inc.

on or about *(date)*  03/31/2016       defrauded plaintiff as follows:

FR-2. [✔]  **Intentional or Negligent Misrepresentation**
   a. Defendant made representations of material fact    [ ] as stated in Attachment FR-2.a    [✔] as follows:
   On 03/31/2016, Plaintiff had an employment interview with Tanium founder Mr. David Hindawi who asked Plaintiff to tell him the terms of his compensation with his current employer, including salary, bonus, and stock incentives. That evening, Plaintiff received a telephone call from hiring manager Mr. James Evans offering employment. The offer misrepresented the value of Tanium stock. Mr. Evans said the value of Tanium shares on that day was $5/share. He said the stock incentive component of the offer was "30,000 shares times $5/share equals a current value of $150,000." Tanium intentionally misrepresented the value of its shares so the offer would appear to be better compensation than it was and better than the figures about his current compensation that Plaintiff had provided to Mr. Hindawi.

   b. These representations were in fact false. The truth was    [ ] as stated in Attachment FR-2.b    [✔] as follows:
   Tanium is a private company. In November 2018, Tanium placed employee shares in an account administered by a third-party—Solium. On November 15, 2018, Plaintiff discovered the false representation made in the employment offer when Solium issued an account statement which indicated that at the time the stock was granted, Tanium shares had a 409(a) value of $2.01 per share. On 03/14/2019, Plaintiff reported details about his discovery of the fraud to his manager. He was transferred to another organization. On 07/06/2020, when he resigned, Plaintiff also reported the fraud related to his original employment offer to the manager to whom he tendered his resignation.
   c. When defendant made the representations,
      [✔] defendant knew they were false, **or**
      [ ] defendant had no reasonable ground for believing the representations were true.

   d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [ ]  **Concealment**
   a. Defendant concealed or suppressed material facts    [ ] as stated in Attachment FR-3.a    [ ] as follows:

   b. Defendant concealed or suppressed material facts
      [ ] defendant was bound to disclose.
      [ ] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.
   c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page _____

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-001(3)

| SHORT TITLE:<br>Daniel Howard v. Tanium Inc. | CASE NUMBER:<br>21-CIV-06146 |
| --- | --- |

1
_____
(number)

## CAUSE OF ACTION—Fraud

FR-4. ☐ **Promise Without Intent to Perform**
   a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated
   in Attachment FR-4.a ☐ as follows:

   b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
      plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
      defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
   ☑ as follows:
   Plaintiff accepted the offer of employment with Tanium and resigned his position at Fortinet in
   Sunnyvale.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in
   Attachment FR- 6 ☑ as follows:
   Plaintiff resigned employment with Fortinet, forfeiting 2,675 unvested shares, plus annual stock incentive
   renewals, annual salary increases, and participation in a profitable Employee Stock Purchase Program. The
   difference in what Plaintiff earned at Tanium from 2016 to 2020 and what he would have earned at Fortinet,
   where his performance was periodically reviewed and determined to merit two promotions, is significant.
   Plaintiff earned at least one million dolllars less at Tanium.

FIR - 7. Other:

Page
_____

For your protection and privacy, please press the Clear This Form
button after you have printed the form.          Save This Form   Print This Form   Clear This Form

Print Form



**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO**
**MULTI OPTION ADR PROJECT**
HALL OF JUSTICE AND RECORDS
400 COUNTY CENTER
REDWOOD CITY, CALIFORNIA 94063

## ADR Stipulation and Evaluation Instructions

In accordance with *Local Rule 3.904(b),* all parties going to ADR must complete a Stipulation and Order to ADR and file it with the Clerk of the Superior Court. In accordance with *Local Rule 2.1.7,* all parties, except for self-represented litigants, are **required** to file the Stipulation and Order to ADR **electronically**.

There is no filing fee for filing the stipulation. An incomplete stipulation will be returned to the parties by the Clerk's Office. All stipulations **must** include the following:

    ❑  Signatures for all attorneys (and/or parties in pro per);
    ❑  The name and phone number of the neutral;
    ❑  Date of the ADR session (date must include month, day and year. TBD or tentative responses will not be accepted); and
    ❑  Service List (Counsel need not serve the stipulation on parties).

Parties mutually agree on a neutral and schedule ADR sessions directly with the neutral. If parties would like a copy of the Court's Civil ADR Program Panelist List and information sheets on individual panelists, they may visit the Court's website at www.sanmateocourt.org/adr.

### If Filing the Stipulation Prior to an Initial Case Management Conference
To stipulate to ADR prior to the initial Case Management Conference (CMC), parties must file a completed stipulation at least 12 days before the scheduled Case Management Conference. The clerk will vacate the Case Management Conference, and the general civil action will be referred to the ADR Analyst [*Local Rule 3.805(f)*].

### If Filing Stipulation Following a Case Management Conference or Following an Order to Vacate Case Management Conference and Order to ADR
When parties are referred to ADR at the CMC, or parties receive an Order Vacating Case Management Conference and Order to ADR, they have 21 days from the date of the CMC or Order to file a Stipulation and Order to ADR with the Court [*Local Rule 3.904(b)*].

### Post-ADR Session
Submit post-ADR session evaluations within 10 days of completion of the ADR process. Evaluations are to be filled out by both attorneys and clients. A copy of the Evaluation by Attorneys and Client Evaluation will be mailed by the ADR department as the mediation session date approaches, or can be downloaded from the Court's website [*Local Rule 3.905(c)*].

If not all disputes are resolved through the ADR session, file a Statement of Nonagreement (ADR-CV-11) with the Court to facilitate the setting of a post-ADR Case Management and Trial Setting Conference before the assigned Civil Judge [*Local Rule 3.905(b)*].

### Non-Binding Judicial Arbitration
Names and dates are not needed for stipulations to judicial arbitration. The Judicial Arbitration Administrator will send a list of names to parties once a stipulation has been submitted.

For further information regarding San Mateo Superior Court's Civil ADR and Judicial Arbitration Programs, visit the Court's website at www.sanmateocourt.org/adr or contact the ADR offices at **(650) 261-5075.**

Form ADR-CV-1 [Rev. July 2021]

| Attorney or Party without Attorney (Name, Address, Telephone, Fax, State Bar membership number): | Court Use Only |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO<br>Hall of Justice and Records<br>400 County Center<br>Redwood City, CA 94063-1655 (650) 261-5100 | |
| Plaintiff(s): | Case number: |
| Defendant(s): | Current CMC Date: |

## STIPULATION AND ORDER TO APPROPRIATE DISPUTE RESOLUTION

Plaintiff will file this stipulation with the Clerk's Office 10 days prior to or 3 weeks following the first Case Management Conference or Order to ADR unless directed otherwise by the Court and ADR Department [*Local Rule 3.904(b)*]. Please attach a Service List.

The parties hereby stipulate that all claims in this action shall be submitted to (select one):

◉ Voluntary Mediation          ◉ Binding Arbitration (private)
◉ Neutral Evaluation            ◉ Settlement Conference (private)
◉ **Non-Binding Judicial Arbitration CCP 1141.12** ◉ Summary Jury Trial   ◉ Other: _____

Case Type: _____

Neutral's name and telephone number: _____ Date of session: _____
(Required for continuance of CMC except for non-binding judicial arbitration)
Identify by name the parties to attend ADR session: _____

_____

Original Signatures

| Type or print name of ☐ Party without attorney ☐ Attorney for<br>☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant | (Signature)<br>Attorney or Party without attorney |
| Type or print name of ☐ Party without attorney ☐ Attorney for<br>☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant | (Signature)<br>Attorney or Party without attorney |
| Type or print name of ☐ Party without attorney ☐ Attorney for<br>☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant | (Signature)<br>Attorney or Party without attorney |
| Type or print name of ☐ Party without attorney ☐ Attorney for<br>☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant | (Signature)<br>Attorney or Party without attorney |

**IT IS SO ORDERED:**

Date: _____      _____
Judicial Officer of the Superior Court of San Mateo County

Form ADR-CV-1 [Rev. July 2021]



**SUPERIOR COURT OF SAN MATEO COUNTY**
Civil Division
400 County Center, 1st Floor, Room A Redwood City, CA 94063
(650) 261-5100
www.sanmateocourt.org

| FOR COURT USE ONLY |
|---|
| # FILED |
| SAN MATEO COUNTY |
| 11/15/2021 |
| **Clerk of the Superior Court** |
| /s/ Anthony Berini |
| DEPUTY CLERK |

PETITIONER/PLAINTIFF: **DANIEL HOWARD**

RESPONDENT/DEFENDANT: **TANIUM INC.**

| **NOTICE OF ASSIGNMENT FOR ALL PURPOSES (CIVIL) AND NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER: **21-CIV-06146** |
|---|---|

By order of the Presiding Judge pursuant to San Mateo County Superior Court Local Rule 3.200(a) the above entitled matter is assigned for all purposes to: **V. Raymond Swope in Department 23.**

### An Initial Case Management Conference is set before the Civil Commissioner, as follows:
### DATE: 3/16/2022
### TIME: 9:00 AM

### LOCATION: 1050 Mission Road, South San Francisco, CA 94080

APPEARANCES SHALL BE REMOTE ONLY.  Please visit our website at for information on remote appearances:
https://www.sanmateocourt.org/general_info/remote_appearance.php

---

ASSIGNED DEPARTMENT INFORMATION

To schedule a Law and Motion Hearing, please see Local Rule 3.402, or visit the assigned Judicial Officer's webpage at: www.sanmateocourt.org/civiljudges.

Contact information for your assigned department is as follows:

| Judicial Officer | Department Phone | Department E-mail |
|---|---|---|
| V. Raymond Swope | 650-261-5123 | Dept23@sanmateocourt.org |

CASE MANAGEMENT CONFERENCE INFORMATION

You are hereby given notice of your Initial Case Management Conference.  The date, time and department are noted above.

1. In accordance with applicable California Rules of the Court and Local Rules, you are hereby ordered to:
   a) Serve all named defendants and file proofs of service on those defendants with the court within 60-days of filing the complaint (CRC 3.110(b); Local Rule 3.804).
   b) Serve a copy of this Notice, blank form of the Case Management Statement and ADR Information Package on all named parties in this action (Local Rule 3.804(a)). Documents are available online under the CIVIL CMC Packet section at: http://sanmateocourt.org/court_divisions/civil/
   c) File and serve a completed Case Management Statement at least 15 days before the Case Management Conference (CRC 3.725; Local Rule 3.805(c)).  Failure to do so may result in monetary sanctions or the continuance of the CMC.
   d) Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later

Rev. November 2020

than 30 days before the date set for the Case Management Conference (Local Rule 3.805(b)).

2. Parties may proceed to an Appropriate Dispute Resolution process ("ADR") by filing a *Stipulation and Order to ADR* (Local Form ADR-CV-1). File and serve the completed *Stipulation and Order to* ADR form at least 12 days prior to the Case Management Conference (Local Rule 3.805(f)). You may find this form and information regarding the Civil ADR Program online at http://sanmateocourt.org/court_divisions/adr/civil/

For additional information, you may visit the Judicial officer's webpage at: www.sanmateocourt.org/civiljudges

---

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that I am the clerk of this Court, not a party to this cause; that I served a copy of this notice on the below date, ☐ by hand ☐ by electronic service to the parties or their counsel of record at the email addresses set forth below and shown by the records of this Court or ☒ by placing a copy thereof in separate sealed envelopes addressed to the address shown by the records of this Court, and by then sealing said envelopes and depositing same, with postage fully pre-paid thereon, in the United States Mail at Redwood City, California.

Date: 11/15/2021

Neal I Taniguchi, Court Executive Officer/Clerk

By: /s/ Anthony Berini
      Anthony Berini, Deputy Clerk

Notice being served on:

    DANIEL HOWARD
    464 CLINTON ST
    APT 305
    REDWOOD CITY CA 94062

**APPROPRIATE DISPUTE RESOLUTION INFORMATION SHEET**

**SUPERIOR COURT OF CALIFORNIA, SAN MATEO COUNTY**

In addition to the court provided voluntary and mandatory settlement conferences, this court has established, in partnership with the community and Bar Association, the Multi-Option ADR Project. Recognizing that many civil disputes can be resolved without the time and expense of traditional civil litigation, the San Mateo County Superior Court encourages the parties in civil cases to explore and pursue the use of Appropriate Dispute Resolution

**WHAT IS APPROPRIATE DISPUTE RESOLUTION?**

Appropriate Dispute Resolution (ADR) is the general term applied to a wide variety of dispute resolution processes which are alternatives to lawsuits.   Types of ADR processes include arbitration, mediation, neutral evaluation, mini-trials, settlement conferences, private judging, negotiation, and hybrids of these processes.  All ADR processes offer a partial or complete alternative to traditional court litigation for resolving disputes.

**WHAT ARE THE ADVANTAGES OF USING ADR?**

ADR can have a number of advantages over traditional court litigation.

- **ADR can save time**.  Even in a complex case, a dispute can be resolved through ADR in a matter of months or weeks, while a lawsuit can take years.

- **ADR can save money.**  By producing earlier settlements, ADR can save parties and courts money that might otherwise be spent on litigation costs (attorney's fees and court expenses).

- **ADR provides more participation.**  Parties have more opportunity with ADR to express their own interests and concerns, while litigation focuses exclusively on the parties' legal rights and responsibilities.

- **ADR provides more control and flexibility.**  Parties can choose the ADR process most appropriate for their particular situation and that will best serve their particular needs.

- **ADR can reduce stress and provide greater satisfaction.**  ADR encourages cooperation and communication, while discouraging the adversarial atmosphere found in litigation.  Surveys of disputants who have gone through ADR have found that satisfaction with ADR is generally high, especially among those with extensive ADR experience.

**Arbitration, Mediation, and Neutral Evaluation**

Although there are many different types of ADR processes, the forms most commonly used to resolve disputes in California State courts are Arbitration, Mediation and Neutral Evaluation.   The Multi-Option ADR Project a partnership of the Court, Bar and Community offers pre-screened panelists with specialized experience and training in each of these areas.

<u>Arbitration:</u> An arbitrator hears evidence presented by the parties, makes legal rulings, determines facts and makes an arbitration award.  Arbitration awards may be entered as

judgments in accordance with the agreement of the parties or, where there is no agreement, in accordance with California statutes.  Arbitrations can be binding or non-binding, as agreed by the parties in writing.

**Mediation:** Mediation is a voluntary, informal, confidential process in which the mediator, a neutral third party, facilitates settlement negotiations.  The mediator improves communication by and among the parties, helps parties clarify facts, identify legal issues, explore options and arrive at a mutually acceptable resolution of the dispute.

**Neutral Evaluation:** Involves presentations to a neutral third party with subject matter expertise who may render an opinion about the case the strengths and weaknesses of the positions, the potential verdict regarding liability, and a possible range for damages.

### CIVIL ADR PROCEDURES FOR THE SAN MATEO COUNTY SUPERIOR COURT

- Upon filing a Complaint, the Plaintiff will receive this **information sheet** from the Superior Court Clerk.  Plaintiff is expected to include this information sheet when he or she **serves the Complaint** on the Defendant.

- All parties to the dispute may voluntarily agree to take the matter to an ADR process. A stipulation is provided here.  Parties chose and contact their own ADR provider. A Panelist List is available online.

- If the parties have not agreed to use an ADR process, an initial Case Management Conference ("CMC") will be scheduled within 120 days of the filing of the Complaint.  An **original and copy of the Case Management Conference Statement must be completed and provided to the court clerk no later than 15 days prior to the scheduled conference**. The San Mateo County Superior Court Case Management Judges will strongly encourage all parties and their counsel to consider and utilize ADR procedures and/or to meet with the ADR director and staff where appropriate.

- If the parties voluntarily agree to ADR, the parties will be required to sign and file a **Stipulation and Order to ADR.**

- A timely filing of a stipulation (at least 10 days prior to the CMC) will cause a notice to vacate the CMC.  ADR stipulated cases (other than judicial arbitration) will be continued for further ADR/Case Management status review in 90 days.  If the case is resolved through ADR, the status review date may be vacated if the court receives a dismissal or judgment. The court may upon review of case information suggest to parties an ADR referral to discuss matters related to case management, discovery and ADR.

- Any ADR Services shall be paid for by the parties pursuant to a separate ADR fee agreement. The ADR Director may screen appropriate cases for financial aid where a party is indigent.

- Local Court Rules require your cooperation in evaluating the ADR Project and will expect a brief evaluation form to be completed and submitted **within 10 days of completion of the process.**

**You can find ADR forms on the ADR webpage: www.sanmateocourt.org/adr. For more information contact the Multi-Option ADR Project at (650) 261-5075 or 261-5076.**

**CM-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|

TELEPHONE NO.:                    FAX NO. *(Optional):*
E-MAIL ADDRESS:
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|

*(Check one):*  ☐ **UNLIMITED CASE**            ☐ **LIMITED CASE**
(Amount demanded            (Amount demanded is $25,000
exceeds $25,000)            or less)

**A CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date:                    Time:            Dept.:            Div.:            Room:

Address of court *(if different from the address above):*

☐ **Notice of Intent to Appear by Telephone,** by *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐ This statement is submitted by party *(name):*
   b. ☐ This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint

   (1) ☐ have not been served *(specify names and explain why not):*

   (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*

   (3) ☐ have had a default entered against them *(specify names):*

   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in  ☐ complaint        ☐ cross-complaint        *(Describe, including causes of action):*

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. September 1, 2021]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**4. b.** Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

**5. Jury or nonjury trial**

The party or parties request ☐ a jury trial ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

**6. Trial date**

a. ☐ The trial has been set for *(date):*

b. ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

**7. Estimated length of trial**

The party or parties estimate that the trial will take *(check one):*

a. ☐ days *(specify number):*

b. ☐ hours (short causes) *(specify):*

**8. Trial representation** *(to be answered for each party)*

The party or parties will be represented at trial ☐ by the attorney or party listed in the caption ☐ by the following:

a. Attorney:

b. Firm:

c. Address:

d. Telephone number:                     f. Fax number:

e. E-mail address:                        g. Party represented:

☐ Additional representation is described in Attachment 8.

**9. Preference**

☐ This case is entitled to preference *(specify code section):*

**10. Alternative dispute resolution (ADR)**

a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.

(1) For parties represented by counsel: Counsel ☐ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

(2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.

b. **Referral to judicial arbitration or civil action mediation** (if available).

(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER:<br>DEFENDANT/RESPONDENT: | CASE NUMBER: |
|---|---|

10. c.  Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date):*<br>☐ Agreed to complete mediation by *(date):*<br>☐ Mediation completed on *(date):* |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date):*<br>☐ Agreed to complete settlement conference by *(date):*<br>☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date):*<br>☐ Agreed to complete neutral evaluation by *(date):*<br>☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date):*<br>☐ Agreed to complete judicial arbitration by *(date):*<br>☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date):*<br>☐ Agreed to complete private arbitration by *(date):*<br>☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date):*<br>☐ Agreed to complete ADR session by *(date):*<br>☐ ADR completed on *(date):* |

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER:<br>DEFENDANT/RESPONDENT: | CASE NUMBER: |
|---|---|

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

    ☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ] [ Save this form ]     [ Clear this form ]

Exhibit C

**FILED**

In the office of the Secretary of State
of the State of California

JUN 1 2 2007

## STATEMENT AND DESIGNATION
## BY FOREIGN CORPORATION

Tanium Inc.
_____
(Name of Corporation)

_____ , , a corporation organized and existing under the

laws of _____ Delaware _____ ,makes the following statements and designation:
(State or Place of Incorporation)

1. The address of its principal executive office is   179 Forest Lane, Berkeley, CA 94708

.

2. The address of its principal office in the State of California is _____

179 Forest Lane, Berkeley, CA 94708

### DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA
(Complete either Item 3 or Item 4.)

3. (Use this paragraph if the process agent is a **natural person**.)

David R. Lee _____ ,a natural person residing in the State of

California, whose complete address is 545 Middlefield Road, Suite 250

Menlo Park, CA 94025 _____ , is designated as agent upon whom process directed to
this corporation may be served within the State of California, in the manner provided by law.

4. (Use this paragraph if the process agent is **a corporation**.)

, a corporation organized and existing

under the laws of _____ , is designated as agent upon whom process directed
to this corporation may be served within the State of California, in the manner provided by law.

**NOTE:  Corporate agents must have complied with California Corporations Code Section 1505
prior to designation.**

5. It irrevocably consents to service of process directed to it upon the agent designated above, and to service
of process on the Secretary of State of the State of California if the agent so designated or the agent's
successor is no longer authorized to act or cannot be found at the address given.

_____
(Signature of Corporate Officer)

David Hindawi, CEO
_____
(Typed Name and Title of Officer Signing)

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TANIUM INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FOURTH DAY OF JUNE, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TANIUM INC." WAS INCORPORATED ON THE THIRTY-FIRST DAY OF MAY, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

4332270   8300

070669074

AUTHENTICATION: 5726936

DATE: 06-04-07

Exhibit D

 

**California Secretary of State**
Electronic Filing

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | TANIUM INC. |

| | |
|---|---|
| Entity (File) Number: | C3002555 |
| File Date: | 06/30/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GU45970 |

**Detailed Filing Information**

1.  Entity Name:

    TANIUM INC.

2.  Business Addresses:
    a.  Street Address of Principal
        Office in California:

        2100 Powell Street Suite 300
        Emeryville, California 94608
        United States of America

    b.  Mailing Address:

        2100 Powell Street Suite 300
        Emeryville, California 94608
        United States of America

    c.  Street Address of Principal
        Executive Office:

        3550 Carillon Point
        Kirkland, Washington 98033
        United States of America

3.  Officers:
    a.  Chief Executive Officer:

        Orion  Hindawi
        3550 Carillon Point
        Kirkland, Washington 98033
        United States of America

    b.  Secretary:

        Ellen  McDonald
        3550 Carillon Point
        Kirkland, Washington 98033
        United States of America

Document ID: GU45970

**California Secretary of State**
Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:               Marc  Levine
                                                          3550 Carillon Point
                                                          Kirkland, Washington 98033
                                                          United States of America

4.   Director:                                Not Applicable

        Number of Vacancies on the Board of
        Directors:                             Not Applicable

5.   Agent for Service of Process:         COGENCY GLOBAL INC. (C2003899)

6.   Type of Business:                 Software Publishing

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Orion Hindawi

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GU45970

# Exhibit E

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**Electronically FILED**
by Superior Court of California, County of San Mateo
ON 11/15/2021
By /s/ Anthony Berini
Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Tanium Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Daniel Howard

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of Caiifornia, County of San Mateo<br>400 County Center, Redwood City CA 94063 | CASE NUMBER: *(Número del Caso):*<br>**21-CIV-06146** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Daniel Howard, 464 Clinton St. Apt. 305, Redwood City, CA 94062 650-542-1395

| DATE:   November 12, 2021<br>*(Fecha)* | Neal I. Taniguchi | Clerk, by<br>*(Secretario)* | /s/ Anthony Berini | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*



[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Tanium Inc.

    under: ☒ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100  [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |
|---|---|---|

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

| Print this form | Save this form | Clear this form |
|---|---|---|

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Daniel Howard SBN 256733<br>464 Clinton St. Apt. 305 Redwood City, CA 94062<br><br>TELEPHONE NO.: 650-542-1395   FAX NO. (Optional):<br>E-MAIL ADDRESS: danielhoward@berkeley.edu<br>ATTORNEY FOR (Name): Daniel Howard | FOR COURT USE ONLY<br><br>**Electronically**<br>**FILED**<br>by Superior Court of California, County of San Mateo<br>ON **11/15/2021**<br>By   **/s/ Anthony Berini**<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Superior Court of California, County of San Mateo

CASE NAME:
Daniel Howard v Tanium Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER:<br>21-CIV-06146 |
|---|---|---|
| [x] **Unlimited** [ ] **Limited**<br>(Amount    (Amount<br>demanded    demanded is<br>exceeds $25,000)    $25,000 or less) | [ ] Counter   [ ] Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br><br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[x] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): 1
5. This case [ ] is [x] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: November 12, 2021

Daniel Howard
_____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach–Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

CM-010 [Rev. September 1, 2021]                    **CIVIL CASE COVER SHEET**                    **Page 2 of 2**

**For your protection and privacy, please press the Clear
This Form button after you have printed the form.**     [ Print this form ]  [ Save this form ]     [ Clear this form ]

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Daniel Howard SBN 256733<br>464 Clinton St. Apt. 305<br>Redwood City, CA 94062<br><br>TELEPHONE NO: 650-542-1395　　　FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* danielhoward@berkeley.edu<br>ATTORNEY FOR *(Name):* Daniel Howard | **Electronically**<br>**FILED**<br>by Superior Court of California, County of San Mateo<br>ON　　**11/15/2021**<br>By　　**/s/ Anthony Berini**<br>**Deputy Clerk** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94063
BRANCH NAME: Superior Court of California, County of San Mateo

PLAINTIFF: Daniel Howard
DEFENDANT: Tanium Inc.

☐ DOES 1　TO _____

| | **CONTRACT** | |
|---|---|---|
| ☒ **COMPLAINT** | ☐ **AMENDED COMPLAINT** *(Number):* | |
| ☐ **CROSS-COMPLAINT** | ☐ **AMENDED CROSS-COMPLAINT** *(Number):* | |

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| ☐ **ACTION IS A LIMITED CIVIL CASE**<br>　　Amount demanded ☐ **does not exceed $10,000**<br>　　　　　　　　　☐ **exceeds $10,000 but does not exceed $25,000**<br>☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>☐ **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint**<br>　　☐ **from limited to unlimited**<br>　　☐ **from unlimited to limited** | **21-CIV-06146** |

1. **Plaintiff*** *(name or names):*
　 Daniel Howard

　 alleges causes of action against **defendant*** *(name or names):*
　 Tanium Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4 - PLD-C-001, PLD-C-001(3)

3. a. Each plaintiff named above is a competent adult

　　☐ **except** plaintiff *(name):*
　　　(1) ☐ a corporation qualified to do business in California
　　　(2) ☐ an unincorporated entity *(describe):*
　　　(3) ☐ other *(specify):*

　 b. ☐ Plaintiff *(name):*
　　　a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

　　　b. ☐ has complied with all licensing requirements as a licensed *(specify):*

　 c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person

　　☒ **except** defendant *(name):* Tanium Inc　　　　☐ **except** defendant *(name):*
　　　(1) ☐ a business organization, form unknown　　(1) ☐ a business organization, form unknown
　　　(2) ☒ a corporation　　　　　　　　　　　　　 (2) ☐ a corporation
　　　(3) ☐ an unincorporated entity *(describe):*　　　(3) ☐ an unincorporated entity *(describe):*

　　　(4) ☐ a public entity *(describe):*　　　　　　　 (4) ☐ a public entity *(describe):*

　　　(5) ☐ other *(specify):*　　　　　　　　　　　 (5) ☐ other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

**Page 1 of 2**

PLD-C-001

| SHORT TITLE: Daniel Howard v Tanium Inc | CASE NUMBER: 21-CIV-06146 |
|---|---|

4. *(Continued)*

  b.  The true names of defendants sued as Does are unknown to plaintiff.

    (1)  ☐  Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.

    (2)  ☐  Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

  c.  ☐  Information about additional defendants who are not natural persons is contained in Attachment 4c.

  d.  ☐  Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5.  ☐  Plaintiff is required to comply with a claims statute, **and**

  a.  ☐  has complied with applicable claims statutes, *or*

  b.  ☐  is excused from complying because *(specify):*

6.  ☐  This action is subject to  ☐  Civil Code section 1812.10  ☐  Civil Code section 2984.4.

7.  This court is the proper court because

  a.  ☐  a defendant entered into the contract here.

  b.  ☐  a defendant lived here when the contract was entered into.

  c.  ☐  a defendant lives here now.

  d.  ☐  the contract was to be performed here.

  e.  ☐  a defendant is a corporation or unincorporated association and its principal place of business is here.

  f.  ☐  real property that is the subject of this action is located here.

  g.  ☒  other *(specify):*
    Defendant offered employment by phone call to and letter addressed to Plaintiff at his Redwood City address.

8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

  ☐  Breach of Contract

  ☐  Common Counts

  ☒  Other *(specify):*
    Fraud

9.  ☐  Other allegations:

10.  **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

  a.  ☒  damages of: $ 1,000,000

  b.  ☒  interest on the damages

    (1)  ☐  according to proof

    (2)  ☐  at the rate of  *(specify):*    percent per year from *(date):*

  c.  ☐  attorney's fees

    (1)  ☐  of: $

    (2)  ☐  according to proof.

  d.  ☐  other *(specify):*

11.  ☐  The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: November 12, 2021

Daniel Howard

_____
(TYPE OR PRINT NAME)

*Daniel Howard* (signature)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

**COMPLAINT—Contract**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form    Save this form    Clear this form

To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form when finished.

**PLD-C-001(3)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Daniel Howard v. Tanium Inc. | 21-CIV-06146 |

1 _____
  (number)

# CAUSE OF ACTION—Fraud

ATTACHMENT TO  ☑ Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff (*name*):  Daniel Howard

alleges that defendant *(name)*:  Tanium Inc.

on or about *(date)*:  03/31/2016        defrauded plaintiff as follows:

FR-2. ☑ **Intentional or Negligent Misrepresentation**
  a. Defendant made representations of material fact ☐ as stated in Attachment FR-2.a ☑ as follows:
  On 03/31/2016, Plaintiff had an employment interview with Tanium founder Mr. David Hindawi who asked Plaintiff to tell him the terms of his compensation with his current employer, including salary, bonus, and stock incentives. That evening, Plaintiff received a telephone call from hiring manager Mr. James Evans offering employment. The offer misrepresented the value of Tanium stock. Mr. Evans said the value of Tanium shares on that day was $5/share. He said the stock incentive component of the offer was "30,000 shares times $5/share equals a current value of $150,000." Tanium intentionally misrepresented the value of its shares so the offer would appear to be better compensation than it was and better than the figures about his current compensation that Plaintiff had provided to Mr. Hindawi.

  b. These representations were in fact false. The truth was ☐ as stated in Attachment FR-2.b ☑ as follows:
  Tanium is a private company. In November 2018, Tanium placed employee shares in an account administered by a third-party—Solium. On November 15, 2018, Plaintiff discovered the false representation made in the employment offer when Solium issued an account statement which indicated that at the time the stock was granted, Tanium shares had a 409(a) value of $2.01 per share. On 03/14/2019, Plaintiff reported details about his discovery of the fraud to his manager. He was transferred to another organization. On 07/06/2020, when he resigned, Plaintiff also reported the fraud related to his original employment offer to the manager to whom he tendered his resignation.
  c. When defendant made the representations,
    ☑ defendant knew they were false, **or**
    ☐ defendant had no reasonable ground for believing the representations were true.

  d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. ☐ **Concealment**
  a. Defendant concealed or suppressed material facts ☐ as stated in Attachment FR-3.a ☐ as follows:



  b. Defendant concealed or suppressed material facts
    ☐ defendant was bound to disclose.
    ☐ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.
  c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Page _____

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**PLD-C-001(3)**

| SHORT TITLE:<br>Daniel Howard v. Tanium Inc. | CASE NUMBER:<br>21-CIV-06146 |
| --- | --- |

1
_____
(number)

## CAUSE OF ACTION—Fraud

FR-4. ☐ **Promise Without Intent to Perform**

    a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated
        in Attachment FR-4.a ☐ as follows:

    b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
        plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
        defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
       ☑ as follows:

Plaintiff accepted the offer of employment with Tanium and resigned his position at Fortinet in
Sunnyvale.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in
       Attachment FR- 6 ☑ as follows:

Plaintiff resigned employment with Fortinet, forfeiting 2,675 unvested shares, plus annual stock incentive
renewals, annual salary increases, and participation in a profitable Employee Stock Purchase Program. The
difference in what Plaintiff earned at Tanium from 2016 to 2020 and what he would have earned at Fortinet,
where his performance was periodically reviewed and determined to merit two promotions, is significant.
Plaintiff earned at least one million dolllars less at Tanium.

FIR - 7.  Other:

**Page** _____

For your protection and privacy, please press the Clear This Form
button after you have printed the form.

Save This Form    Print This Form    Clear This Form

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **Daniel Howard**<br>**464 Clinton St Apt 305**<br>**Redwood City, CA 94062**<br>TELEPHONE NO.: **(650) 542-1395**   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*   **Self Represented** | **FILED**<br>**SAN MATEO COUNTY**<br><br>NOV 2 3 2021<br><br>Clerk of the Superior Court<br>By _____<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO - REDWOOD CITY
  STREET ADDRESS:  400 County Center
  MAILING ADDRESS:  400 County Center
  CITY AND ZIP CODE:  Redwood City, CA 94063
  BRANCH NAME:  SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO - REDWOOD CITY

| PLAINTIFF/PETITIONER:  Daniel Howard | CASE NUMBER:<br>21-CIV-06146 |
|---|---|
| DEFENDANT/RESPONDENT:  Tanium Inc. | |
| **PROOF OF SERVICE SUMMONS** | Ref. No. or File No.: |

(Separate proof of service is required for each party served.)

**FILE BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: **Summons; Complaint**

3. a. Party served *(specify name of party as shown on documents served):* **Tanium Inc. C3002555**

   b. [ **X** ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

      **Mai Houa Yang, Customer Service Specialist**

4. Address where the party was served: **1325 J St Ste 1550,  Sacramento, CA 95814**

5. I served the party *(check proper box)*
   a. [ **X** ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: **11/16/2021** (2) at: **03:13 PM**
   b. [ ] **by substituted service. On:** at: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      *(Gender: Female Height:  Weight:  Race:  Hair:  Other:)*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents:
         *on:*      *from:*      or [ ] a declaration of mailing is attached.

Page 1 of 3

| PLAINTIFF/PETITIONER:    Daniel Howard | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:    Tanium Inc. | 21-CIV-06146 |

     (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

5.   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1) on:                (2) from:

     (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

     (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify):* **Tanium Inc. C3002555**
under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: **Peli Thao**
  b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
  c. Telephone number: **650-364-9612**
  d. **The fee for service was: $95.00**
  e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ a registered California process server:
        (i) ☐ owner    ☐ employee    ☒ independent contractor.
        (ii) Registration No.: **2020-02**
        (iii) County: **Sacramento**

**PROOF OF SERVICE OF SUMMONS**

Invoice#: 5177759

| PLAINTIFF/PETITIONER: | Daniel Howard | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Tanium Inc. | 21-CIV-06146 |

8.  [×]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

▶

Peli Thao                    Date: 11/19/2021

FILE BY FAX

| | | FOR COURT USE ONLY |
|---|---|---|
| **SUPERIOR COURT OF SAN MATEO COUNTY**<br>Civil Division<br>400 County Center, 1st Floor, Room A Redwood City, CA 94063<br>(650) 261-5100<br>www.sanmateocourt.org | | **FILED**<br>SAN MATEO COUNTY<br>11/15/2021<br>**Clerk of the Superior Court**<br>/s/ Anthony Berini<br>DEPUTY CLERK |

| | |
|---|---|
| PETITIONER/PLAINTIFF:   **DANIEL HOWARD** | |
| RESPONDENT/DEFENDANT:   **TANIUM INC.** | |

| | |
|---|---|
| **NOTICE OF ASSIGNMENT FOR ALL PURPOSES (CIVIL) AND**<br>**NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>**21-CIV-06146** |

By order of the Presiding Judge pursuant to San Mateo County Superior Court Local Rule 3.200(a) the above entitled matter is assigned for all purposes to: **V. Raymond Swope** in **Department 23.**

**An Initial Case Management Conference is set before the Civil Commissioner, as follows:**
**DATE: 3/16/2022**
**TIME: 9:00 AM**

**LOCATION: 1050 Mission Road, South San Francisco, CA 94080**

APPEARANCES SHALL BE REMOTE ONLY.  Please visit our website at for information on remote appearances:
https://www.sanmateocourt.org/general_info/remote_appearance.php

<u>ASSIGNED DEPARTMENT INFORMATION</u>

To schedule a Law and Motion Hearing, please see Local Rule 3.402, or visit the assigned Judicial Officer's webpage at: www.sanmateocourt.org/civiljudges.

Contact information for your assigned department is as follows:

| Judicial Officer | Department Phone | Department E-mail |
|---|---|---|
| V. Raymond Swope | 650-261-5123 | Dept23@sanmateocourt.org |

CASE MANAGEMENT CONFERENCE INFORMATION

You are hereby given notice of your Initial Case Management Conference.  The date, time and department are noted above.

1. In accordance with applicable California Rules of the Court and Local Rules, you are hereby ordered to:
   a) Serve all named defendants and file proofs of service on those defendants with the court within 60-days of filing the complaint (CRC 3.110(b); Local Rule 3.804).
   b) Serve a copy of this Notice, blank form of the Case Management Statement and ADR Information Package on all named parties in this action (Local Rule 3.804(a)). Documents are available online under the CIVIL CMC Packet section at: http://sanmateocourt.org/court_divisions/civil/
   c) File and serve a completed Case Management Statement at least 15 days before the Case Management Conference (CRC 3.725; Local Rule 3.805(c)).  Failure to do so may result in monetary sanctions or the continuance of the CMC.
   d) Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later

Rev. November 2020

than 30 days before the date set for the Case Management Conference (Local Rule 3.805(b)).

2. Parties may proceed to an Appropriate Dispute Resolution process ("ADR") by filing a *Stipulation and Order to ADR* (Local Form ADR-CV-1). File and serve the completed *Stipulation and Order to* ADR form at least 12 days prior to the Case Management Conference (Local Rule 3.805(f)). You may find this form and information regarding the Civil ADR Program online at http://sanmateocourt.org/court_divisions/adr/civil/

For additional information, you may visit the Judicial officer's webpage at: www.sanmateocourt.org/civiljudges

### CLERK'S CERTIFICATE OF SERVICE

I hereby certify that I am the clerk of this Court, not a party to this cause; that I served a copy of this notice on the below date, ☐ by hand ☐ by electronic service to the parties or their counsel of record at the email addresses set forth below and shown by the records of this Court  or  ☒ by placing a copy thereof in separate sealed envelopes addressed to the address shown by the records of this Court, and by then sealing said envelopes and depositing same, with postage fully pre-paid thereon, in the United States Mail at Redwood City, California.

Date:  11/15/2021

Neal I Taniguchi, Court Executive Officer/Clerk

By:   /s/ Anthony Berini

Anthony Berini, Deputy Clerk

Notice being served on:

DANIEL HOWARD
464 CLINTON ST
APT 305
REDWOOD CITY CA  94062

Exhibit F

1  Margaret C. Bell (SBN: 156879)
   mbell@lbbklaw.com
2  Danté R. Taylor (SBN: 303391)
   dtaylor@lbbklaw.com
3  LAGASSE BRANCH BELL + KINKEAD LLP
   180 Montgomery Street, Suite 2190
4  San Francisco, CA 94104
   Telephone:  (628) 222-5870
5  Facsimile:  (628) 222-5872

6  Attorneys for Defendant
   TANIUM INC.
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF SAN MATEO

10

11  DANIEL HOWARD,                    ) CASE NO.  21-CIV-06146
                                      )
12                      Plaintiff(s), ) **NOTICE TO ADVERSE PARTY AND**
                                      ) **COURT OF FILING NOTICE OF**
13      vs.                           ) **REMOVAL OF ACTION**
                                      )
14  TANIUM INC.,                      ) Judge:  Hon. V. Raymond Swope
                                      ) Dept.: 23
15                      Defendant(s). )
                                      ) Complaint filed:  November 15, 2021
16                                    ) Trial date: Not Set
                                      )
17  _____)

18  **TO PLAINTIFF, HIS COUNSEL, AND THE CLERK OF THE ABOVE-ENTITLED**

19  **COURT:**

20          PLEASE TAKE NOTICE that Defendant Tanium Inc. (Tanium) filed a Notice of

21  Removal of the above-entitled action in the United States District Court for the Northern District

22  of California on December 15, 2021, effectuating the removal of this action. A true and correct

23  copy of the Notice of Removal is attached hereto as **Exhibit A**.

24          PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. section 1446(d), the

25  filing of the Notice of Removal in the federal court, together with the filing of the attached copy

26  of the Notice of Removal with this Court, completes the removal of this action and the above-

27  captioned Court may proceed no further unless and until the case is remanded.

28

*(left margin vertical text)* LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190
San Francisco, CA 94104

-1-
NOTICE TO ADVERSE PARTY AND COURT OF FILING NOTICE OF REMOVAL OF ACTION

Dated: December 15, 2021

LAGASSE BRANCH BELL + KINKEAD LLP

By:_____
    Margaret C. Bell, Esq.
    Danté R. Taylor, Esq.
    Attorneys for Defendant
    TANIUM INC.

LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190
San Francisco, CA 94104

NOTICE TO ADVERSE PARTY AND COURT OF FILING NOTICE OF REMOVAL OF ACTION

Margaret C. Bell (SBN: 156879)
mbell@lbbklaw.com
Danté R. Taylor (SBN: 303391)
dtaylor@lbbklaw.com
LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190
San Francisco, CA 94104
Telephone:  (628) 222-5870
Facsimile:  (628) 222-5872

Attorneys for Defendant
TANIUM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL HOWARD, | Case No.: |
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| vs. | State Action Filed Filed:       11/15/21 |
| TANIM, INC., | |
| Defendant(s). | |

I, the undersigned, declare and state as follows:

I am a citizen of the United States and employed in San Diego, County, California. I am over the age of eighteen years and not a party to the within action. My business address is 180 Montgomery Street, Suite 2190, San Francisco, CA 94104.

On **December 16, 2021**, I caused to be served the following document(s):

- **CIVIL COVER SHEET**
- **DEFENDANT TANIUM INC.'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
- **DECLARATION OF DANTÉ R. TAYLOR IN SUPPORT OF DEFENDANT TANIUM INC.'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

( X )   BY CM/ECF: The document was electronically served on the parties to this action listed below via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

1

( X )   BY ELECTRONIC SERVICE  by electronically mailing a true and correct copy through Lagasse Branch + Bell LLP's electronic mail system to the e-mail address(s) set forth above, or as stated on the below service list.

2

3

(   )   BY OVERNIGHT DELIVERY: I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing GSO overnight delivery pursuant to Federal Rules of Civil Procedure Rule 5, addressed as follows:

4

(   )   BY MAIL.  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

5

6

7

Daniel Howard
464 Clinton Street, Apt. 305
Redwood City, CA 94062
T: (650) 542-1395
danielhoward@berkeley.edu

8

9

10

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

11

12

Executed on December 16, 2021, at San Francisco, California.

13

*Jocelyn Valencia*
_____
Jocelyn Valencia

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAGASSE BRANCH BELL + KINKEAD LLP
180 Montgomery Street, Suite 2190
San Francisco, CA 94104