UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HOWARD,<br>　　　　Plaintiff,<br>　　v.<br>TANIUM, INC.,<br>　　　　Defendant. | Case No. 21-cv-09703-JSC<br><br>**JUDGMENT** |

　　The Court having granted Defendant's Motion for Summary Judgment by Order filed February 17, 2023, enters judgment in favor of Defendant and against Plaintiff.

　　**IT IS SO ORDERED.**

Dated: February 27, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge